**EXHIBIT 2
Part 1**




**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS**
**TITULO PRIMERO**
**CAPITULO I DE LAS GARANTIAS INDIVIDUALES**
**Artículo 27**



EXHIBIT 2

◀ **Folio: 8143** ▶

ARTICULO 27. LA PROPIEDAD DE LAS TIERRAS Y AGUAS COMPRENDIDAS DENTRO DE LOS LIMITES DEL TERRITORIO NACIONAL, CORRESPONDE ORIGINARIAMENTE A LA NACION, LA CUAL HA TENIDO Y TIENE EL DERECHO DE TRANSMITIR EL DOMINIO DE ELLAS A LOS PARTICULARES, CONSTITUYENDO LA PROPIEDAD PRIVADA.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

LAS EXPROPIACIONES SOLO PODRAN HACERSE POR CAUSA DE UTILIDAD PUBLICA Y MEDIANTE INDEMNIZACION.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

LA NACION TENDRA EN TODO TIEMPO EL DERECHO DE IMPONER A LA PROPIEDAD PRIVADA LAS MODALIDADES QUE DICTE EL INTERES PUBLICO, ASI COMO EL DE REGULAR, EN BENEFICIO SOCIAL, EL APROVECHAMIENTO DE LOS ELEMENTOS NATURALES SUSCEPTIBLES DE APROPIACION, CON OBJETO DE HACER UNA DISTRIBUCION EQUITATIVA DE LA RIQUEZA PUBLICA, CUIDAR DE SU CONSERVACION, LOGRAR EL DESARROLLO EQUILIBRADO DEL PAIS Y EL MEJORAMIENTO DE LAS CONDICIONES DE VIDA DE LA POBLACION RURAL Y URBANA. EN CONSECUENCIA, SE DICTARAN LAS MEDIDAS NECESARIAS PARA ORDENAR LOS ASENTAMIENTOS HUMANOS Y ESTABLECER ADECUADAS PROVISIONES, USOS, RESERVAS Y DESTINOS DE TIERRAS, AGUAS Y BOSQUES, A EFECTO DE EJECUTAR OBRAS PUBLICAS Y DE PLANEAR Y REGULAR LA FUNDACION, CONSERVACION, MEJORAMIENTO Y CRECIMIENTO DE LOS CENTROS DE POBLACION; PARA PRESERVAR Y RESTAURAR EL EQUILIBRIO ECOLOGICO; PARA EL FRACCIONAMIENTO DE LOS LATIFUNDIOS; PARA DISPONER, EN LOS TERMINOS DE LA LEY REGLAMENTARIA, LA ORGANIZACION Y EXPLOTACION COLECTIVA DE LOS EJIDOS Y COMUNIDADES; PARA EL DESARROLLO DE LA PEQUEÑA PROPIEDAD RURAL; PARA EL FOMENTO DE LA AGRICULTURA, DE LA GANADERIA, DE LA SILVICULTURA Y DE LAS DEMAS ACTIVIDADES ECONOMICAS EN EL MEDIO RURAL, Y PARA EVITAR LA DESTRUCCION DE LOS ELEMENTOS NATURALES Y LOS DAÑOS QUE LA PROPIEDAD PUEDA SUFRIR EN PERJUICIO DE LA SOCIEDAD.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

CORRESPONDE A LA NACION EL DOMINIO DIRECTO DE TODOS LOS

RECURSOS NATURALES DE LA PLATAFORMA CONTINENTAL Y LOS ZOCALOS SUBMARINOS DE LAS ISLAS; DE TODOS LOS MINERALES O SUBSTANCIAS QUE EN VETAS, MANTOS, MASAS O YACIMIENTOS, CONSTITUYAN DEPOSITOS CUYA NATURALEZA SEA DISTINTA DE LOS COMPONENTES DE LOS TERRENOS, TALES COMO LOS MINERALES DE LOS QUE SE EXTRAIGAN METALES Y METALOIDES UTILIZADOS EN LA INDUSTRIA; LOS YACIMIENTOS DE PIEDRAS PRECIOSAS, DE SAL DE GEMA Y LAS SALINAS FORMADAS DIRECTAMENTE POR LAS AGUAS MARINAS; LOS PRODUCTOS DERIVADOS DE LA DESCOMPOSICION DE LAS ROCAS, CUANDO SU EXPLOTACION NECESITE TRABAJOS SUBTERRANEOS; LOS YACIMIENTOS MINERALES U ORGANICOS DE MATERIAS SUSCEPTIBLES DE SER UTILIZADAS COMO FERTILIZANTES; LOS COMBUSTIBLES MINERALES SOLIDOS; EL PETROLEO Y TODOS LOS CARBUROS DE HIDROGENO SOLIDOS, LIQUIDOS O GASEOSOS; Y EL ESPACIO SITUADO SOBRE EL TERRITORIO NACIONAL, EN LA EXTENSION Y TERMINOS QUE FIJE EL DERECHO INTERNACIONAL.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE ENERO DE 1960)

SON PROPIEDAD DE LA NACION LAS AGUAS DE LOS MARES TERRITORIALES EN LA EXTENSION Y TERMINOS QUE FIJE EL DERECHO INTERNACIONAL; LAS AGUAS MARINAS INTERIORES; LAS DE LAS LAGUNAS Y ESTEROS QUE SE COMUNIQUEN PERMANENTEMENTE O INTERMITENTEMENTE CON EL MAR; LAS DE LOS LAGOS INTERIORES DE FORMACION NATURAL QUE ESTEN LIGADOS DIRECTAMENTE A CORRIENTES CONSTANTES; LAS DE LOS RIOS Y SUS AFLUENTES DIRECTOS O INDIRECTOS, DESDE EL PUNTO DEL CAUCE EN QUE SE INICIEN LAS PRIMERAS AGUAS PERMANENTES, INTERMITENTES O TORRENCIALES, HASTA SU DESEMBOCADURA EN EL MAR, LAGOS, LAGUNAS O ESTEROS DE PROPIEDAD NACIONAL; LAS DE LAS CORRIENTES CONSTANTES O INTERMITENTES Y SUS AFLUENTES DIRECTOS O INDIRECTOS, CUANDO EL CAUCE DE AQUELLAS EN TODA SU EXTENSION O EN PARTE DE ELLAS, SIRVA DE LIMITE AL TERRITORIO NACIONAL O A DOS ENTIDADES FEDERATIVAS, O CUANDO PASE DE UNA ENTIDAD FEDERATIVA A OTRA O CRUCE LA LINEA DIVISORIA DE LA REPUBLICA; LAS DE LOS LAGOS, LAGUNAS O ESTEROS CUYOS VASOS, ZONAS O RIBERAS, ESTEN CRUZADOS POR LINEAS DIVISORIAS DE DOS O MAS ENTIDADES O ENTRE LA REPUBLICA Y UN PAIS VECINO; O CUANDO EL LIMITE DE LAS RIBERAS SIRVA DE LINDERO ENTRE DOS ENTIDADES FEDERATIVAS O A LA REPUBLICA CON UN PAIS VECINO; LAS DE LOS MANANTIALES QUE BROTEN EN LAS PLAYAS, ZONAS MARITIMAS, CAUCES, VASOS O RIBERAS DE LOS LAGOS, LAGUNAS O ESTEROS DE PROPIEDAD NACIONAL, Y LAS QUE SE EXTRAIGAN DE LAS MINAS; Y LOS CAUCES, LECHOS O RIBERAS DE LOS LAGOS Y CORRIENTES INTERIORES EN LA EXTENSION QUE FIJE LA LEY. LAS AGUAS DEL SUBSUELO PUEDEN SER LIBREMENTE ALUMBRADAS MEDIANTE OBRAS ARTIFICIALES Y APROPIARSE POR EL DUEÑO DEL TERRENO, PERO CUANDO LO EXIJA EL INTERES PUBLICO O SE AFECTEN OTROS APROVECHAMIENTOS, EL EJECUTIVO FEDERAL PODRA REGLAMENTAR SU EXTRACCION Y UTILIZACION Y AUN ESTABLECER ZONAS VEDADAS, AL IGUAL QUE PARA LAS DEMAS AGUAS DE PROPIEDAD NACIONAL. CUALESQUIERA OTRAS AGUAS NO INCLUIDAS EN LA ENUMERACION ANTERIOR, SE CONSIDERARAN COMO PARTE INTEGRANTE DE LA PROPIEDAD DE LOS TERRENOS POR LOS QUE CORRAN O EN LOS QUE SE ENCUENTREN SUS DEPOSITOS, PERO SI SE LOCALIZAREN EN DOS O MAS PREDIOS, EL APROVECHAMIENTO DE ESTAS AGUAS SE CONSIDERARA DE UTILIDAD PUBLICA, Y QUEDARA SUJETO A LAS DISPOSICIONES QUE DICTEN LOS ESTADOS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE ENERO DE 1960. MODIFICADO POR LA

REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

EN LOS CASOS A QUE SE REFIEREN LOS DOS PARRAFOS ANTERIORES, EL DOMINIO DE LA NACION ES INALIENABLE E IMPRESCRIPTIBLE Y LA EXPLOTACION, EL USO O EL APROVECHAMIENTO DE LOS RECURSOS DE QUE SE TRATA, POR LOS PARTICULARES O POR SOCIEDADES CONSTITUIDAS CONFORME A LAS LEYES MEXICANAS, NO PODRA REALIZARSE SINO MEDIANTE CONCESIONES OTORGADAS POR EL EJECUTIVO FEDERAL, DE ACUERDO CON LAS REGLAS Y CONDICIONES QUE ESTABLEZCAN LAS LEYES. LAS NORMAS LEGALES RELATIVAS A OBRAS O TRABAJOS DE EXPLOTACION DE LOS MINERALES Y SUSTANCIAS A QUE SE REFIERE EL PARRAFO CUARTO, REGULARAN LA EJECUCION Y COMPROBACION DE LOS QUE SE EFECTUEN O DEBAN EFECTUARSE A PARTIR DE SU VIGENCIA, INDEPENDIENTEMENTE DE LA FECHA DE OTORGAMIENTO DE LAS CONCESIONES, Y SU INOBSERVANCIA DARA LUGAR A LA CANCELACION DE ESTAS. EL GOBIERNO FEDERAL TIENE LA FACULTAD DE ESTABLECER RESERVAS NACIONALES Y SUPRIMIRLAS. LAS DECLARATORIAS CORRESPONDIENTES SE HARAN POR EL EJECUTIVO EN LOS CASOS Y CONDICIONES QUE LAS LEYES PREVEAN. TRATANDOSE DEL PETROLEO Y DE LOS CARBUROS DE HIDROGENO SOLIDOS, LIQUIDOS O GASEOSOS O DE MINERALES RADIOACTIVOS, NO SE OTORGARAN CONCESIONES NI CONTRATOS, NI SUBSISTIRAN LOS QUE, EN SU CASO, SE HAYAN OTORGADO Y LA NACION LLEVARA A CABO LA EXPLOTACION DE ESOS PRODUCTOS, EN LOS TERMINOS QUE SEÑALE LA LEY REGLAMENTARIA RESPECTIVA. CORRESPONDE EXCLUSIVAMENTE A LA NACION GENERAR, CONDUCIR, TRANSFORMAR, DISTRIBUIR Y ABASTECER ENERGIA ELECTRICA QUE TENGA POR OBJETO LA PRESTACION DE SERVICIO PUBLICO. EN ESTA MATERIA NO SE OTORGARAN CONCESIONES A LOS PARTICULARES Y LA NACION APROVECHARA LOS BIENES Y RECURSOS NATURALES QUE SE REQUIERAN PARA DICHOS FINES.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE FEBRERO DE 1975. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

CORRESPONDE TAMBIEN A LA NACION EL APROVECHAMIENTO DE LOS COMBUSTIBLES NUCLEARES PARA LA GENERACION DE ENERGIA NUCLEAR Y LA REGULACION DE SUS APLICACIONES EN OTROS PROPOSITOS. EL USO DE LA ENERGIA NUCLEAR SOLO PODRA TENER FINES PACIFICOS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE FEBRERO DE 1975)

LA NACION EJERCE EN UNA ZONA ECONOMICA EXCLUSIVA SITUADA FUERA DEL MAR TERRITORIAL Y ADYACENTE A ESTE, LOS DERECHOS DE SOBERANIA Y LAS JURISDICCIONES QUE DETERMINEN LAS LEYES DEL CONGRESO. LA ZONA ECONOMICA EXCLUSIVA SE EXTENDERA A DOSCIENTAS MILLAS NAUTICAS, MEDIDAS A PARTIR DE LA LINEA DE BASE DESDE LA CUAL SE MIDE EL MAR TERRITORIAL. EN AQUELLOS CASOS EN QUE ESA EXTENSION PRODUZCA SUPERPOSICION CON LAS ZONAS ECONOMICAS EXCLUSIVAS DE OTROS ESTADOS, LA DELIMITACION DE LAS RESPECTIVAS ZONAS SE HARA EN LA MEDIDA EN QUE RESULTE NECESARIO, MEDIANTE ACUERDO CON ESTOS ESTADOS.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE FEBRERO DE 1976)

LA CAPACIDAD PARA ADQUIRIR EL DOMINIO DE LAS TIERRAS Y AGUAS

Artículo 27 Constitución Política de los EUM
Case 1:08-cv-00167-RMC Document 54-3 Filed 06/16/08 Page 5 of 12
Page 4 of 11

DE LA NACION, SE REGIRA POR LAS SIGUIENTES PRESCRIPCIONES:
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE ENERO DE 1960)

I. SOLO LOS MEXICANOS POR NACIMIENTO O POR NATURALIZACION Y LAS SOCIEDADES MEXICANAS TIENEN DERECHO PARA ADQUIRIR EL DOMINIO DE LAS TIERRAS, AGUAS Y SUS ACCESIONES O PARA OBTENER CONCESIONES DE EXPLOTACION DE MINAS O AGUAS. EL ESTADO PODRA CONCEDER EL MISMO DERECHO A LOS EXTRANJEROS, SIEMPRE QUE CONVENGAN ANTE LA SECRETARIA DE RELACIONES EN CONSIDERARSE COMO NACIONALES RESPECTO DE DICHOS BIENES Y EN NO INVOCAR, POR LO MISMO, LA PROTECCION DE SUS GOBIERNOS POR LO QUE SE REFIERE A AQUELLOS; BAJO LA PENA, EN CASO DE FALTAR AL CONVENIO, DE PERDER EN BENEFICIO DE LA NACION, LOS BIENES QUE HUBIEREN ADQUIRIDO EN VIRTUD DEL MISMO. EN UNA FAJA DE CIEN KILOMETROS A LO LARGO DE LAS FRONTERAS Y DE CINCUENTA EN LAS PLAYAS, POR NINGUN MOTIVO PODRAN LOS EXTRANJEROS ADQUIRIR EL DOMINIO DIRECTO SOBRE TIERRAS Y AGUAS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE ENERO DE 1960. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

EL ESTADO, DE ACUERDO CON LOS INTERESES PUBLICOS INTERNOS Y LOS PRINCIPIOS DE RECIPROCIDAD, PODRA, A JUICIO DE LA SECRETARIA DE RELACIONES, CONCEDER AUTORIZACION A LOS ESTADOS EXTRANJEROS PARA QUE ADQUIERAN, EN EL LUGAR PERMANENTE DE LA RESIDENCIA DE LOS PODERES FEDERALES, LA PROPIEDAD PRIVADA DE BIENES INMUEBLES NECESARIOS PARA EL SERVICIO DIRECTO DE SUS EMBAJADAS O LEGACIONES;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE ENERO DE 1960. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

II. LAS ASOCIACIONES RELIGIOSAS QUE SE CONSTITUYAN EN LOS TERMINOS DEL ARTICULO 130 Y SU LEY REGLAMENTARIA TENDRAN CAPACIDAD PARA ADQUIRIR, POSEER O ADMINISTRAR, EXCLUSIVAMENTE, LOS BIENES QUE SEAN INDISPENSABLES PARA SU OBJETO, CON LOS REQUISITOS Y LIMITACIONES QUE ESTABLEZCA LA LEY REGLAMENTARIA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 28 DE ENERO DE 1992)

III. LAS INSTITUCIONES DE BENEFICENCIA, PUBLICA O PRIVADA, QUE TENGAN POR OBJETO EL AUXILIO DE LOS NECESITADOS, LA INVESTIGACION CIENTIFICA, LA DIFUSION DE LA ENSEÑANZA, LA AYUDA RECIPROCA DE LOS ASOCIADOS, O CUALQUIER OTRO OBJETO LICITO, NO PODRAN ADQUIRIR MAS BIENES RAICES QUE LOS INDISPENSABLES PARA SU OBJETO, INMEDIATA O DIRECTAMENTE DESTINADOS A EL, CON SUJECION A LO QUE DETERMINE LA LEY REGLAMENTARIA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 28 DE ENERO DE 1992)

IV. LAS SOCIEDADES MERCANTILES POR ACCIONES PODRAN SER PROPIETARIAS DE TERRENOS RUSTICOS PERO UNICAMENTE EN LA EXTENSION QUE SEA NECESARIA PARA EL CUMPLIMIENTO DE SU OBJETO.

(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

EN NINGUN CASO LAS SOCIEDADES DE ESTA CLASE PODRAN TENER EN PROPIEDAD TIERRAS DEDICADAS A ACTIVIDADES AGRICOLAS, GANADERAS O FORESTALES EN MAYOR EXTENSION QUE LA RESPECTIVA EQUIVALENTE A VEINTICINCO VECES LOS LIMITES SEÑALADOS EN LA FRACCION XV DE ESTE ARTICULO. LA LEY REGLAMENTARIA REGULARA LA ESTRUCTURA DE CAPITAL Y EL NUMERO MINIMO DE SOCIOS DE ESTAS SOCIEDADES, A EFECTO DE QUE LAS TIERRAS PROPIEDAD DE LA SOCIEDAD NO EXCEDAN EN RELACION CON CADA SOCIO LOS LIMITES DE LA PEQUEÑA PROPIEDAD. EN ESTE CASO, TODA PROPIEDAD ACCIONARIA INDIVIDUAL, CORRESPONDIENTE A TERRENOS RUSTICOS, SERA ACUMULABLE PARA EFECTOS DE COMPUTO. ASIMISMO, LA LEY SEÑALARA LAS CONDICIONES PARA LA PARTICIPACION EXTRANJERA EN DICHAS SOCIEDADES.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA PROPIA LEY ESTABLECERA LOS MEDIOS DE REGISTRO Y CONTROL NECESARIOS PARA EL CUMPLIMIENTO DE LO DISPUESTO POR ESTA FRACCION;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

V. LOS BANCOS DEBIDAMENTE AUTORIZADOS, CONFORME A LAS LEYES DE INSTITUCIONES DE CREDITO, PODRAN TENER CAPITALES IMPUESTOS SOBRE PROPIEDADES URBANAS Y RUSTICAS DE ACUERDO CON LAS PRESCRIPCIONES DE DICHAS LEYES, PERO NO PODRAN TENER EN PROPIEDAD O EN ADMINISTRACION MAS BIENES RAICES QUE LOS ENTERAMENTE NECESARIOS PARA SU OBJETO DIRECTO;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

VI. LOS ESTADOS Y EL DISTRITO FEDERAL, LO MISMO QUE LOS MUNICIPIOS DE TODA LA REPUBLICA, TENDRAN PLENA CAPACIDAD PARA ADQUIRIR Y POSEER TODOS LOS BIENES RAICES NECESARIOS PARA LOS SERVICIOS PUBLICOS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LAS LEYES DE LA FEDERACION Y DE LOS ESTADOS EN SUS RESPECTIVAS JURISDICCIONES, DETERMINARAN LOS CASOS EN QUE SEA DE UTILIDAD PUBLICA LA OCUPACION DE LA PROPIEDAD PRIVADA, Y DE ACUERDO CON DICHAS LEYES LA AUTORIDAD ADMINISTRATIVA HARA LA DECLARACION CORRESPONDIENTE. EL PRECIO QUE SE FIJARA COMO INDEMNIZACION A LA COSA EXPROPIADA, SE BASARA EN LA CANTIDAD QUE COMO VALOR FISCAL DE ELLA FIGURE EN LAS OFICINAS CATASTRALES O RECAUDADORAS, YA SEA QUE ESTE VALOR HAYA SIDO MANIFESTADO POR EL PROPIETARIO O SIMPLEMENTE ACEPTADO POR EL DE UN MODO TACITO POR HABER PAGADO SUS CONTRIBUCIONES CON ESTA BASE. EL EXCESO DE VALOR O EL DEMERITO QUE HAYA TENIDO LA PROPIEDAD PARTICULAR POR LAS MEJORAS O DETERIOROS OCURRIDOS CON POSTERIORIDAD A LA FECHA DE LA ASIGNACION DEL VALOR FISCAL, SERA LO UNICO QUE DEBERA QUEDAR SUJETO A JUICIO PERICIAL Y A RESOLUCION JUDICIAL. ESTO MISMO SE OBSERVARA CUANDO SE TRATE DE OBJETOS CUYO VALOR NO ESTE FIJADO EN LAS

OFICINAS RENTISTICAS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

EL EJERCICIO DE LAS ACCIONES QUE CORRESPONDEN A LA NACION, POR VIRTUD DE LAS DISPOSICIONES DEL PRESENTE ARTICULO, SE HARA EFECTIVO POR EL PROCEDIMIENTO JUDICIAL; PERO DENTRO DE ESTE PROCEDIMIENTO Y POR ORDEN DE LOS TRIBUNALES CORRESPONDIENTES, QUE SE DICTARA EN EL PLAZO MAXIMO DE UN MES, LAS AUTORIDADES ADMINISTRATIVAS PROCEDERAN DESDE LUEGO A LA OCUPACION, ADMINISTRACION, REMATE O VENTA DE LAS TIERRAS O AGUAS DE QUE SE TRATE Y TODAS SUS ACCESIONES, SIN QUE EN NINGUN CASO PUEDA REVOCARSE LO HECHO POR LAS MISMAS AUTORIDADES ANTES DE QUE SE DICTE SENTENCIA EJECUTORIADA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

VII. SE RECONOCE LA PERSONALIDAD JURIDICA DE LOS NUCLEOS DE POBLACION EJIDALES Y COMUNALES Y SE PROTEGE SU PROPIEDAD SOBRE LA TIERRA, TANTO PARA EL ASENTAMIENTO HUMANO COMO PARA ACTIVIDADES PRODUCTIVAS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA LEY PROTEGERA LA INTEGRIDAD DE LAS TIERRAS DE LOS GRUPOS INDIGENAS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA LEY, CONSIDERANDO EL RESPETO Y FORTALECIMIENTO DE LA VIDA COMUNITARIA DE LOS EJIDOS Y COMUNIDADES, PROTEGERA LA TIERRA PARA EL ASENTAMIENTO HUMANO Y REGULARA EL APROVECHAMIENTO DE TIERRAS, BOSQUES Y AGUAS DE USO COMUN Y LA PROVISION DE ACCIONES DE FOMENTO NECESARIAS PARA ELEVAR EL NIVEL DE VIDA DE SUS POBLADORES.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA LEY, CON RESPETO A LA VOLUNTAD DE LOS EJIDATARIOS Y COMUNEROS PARA ADOPTAR LAS CONDICIONES QUE MAS LES CONVENGAN EN EL APROVECHAMIENTO DE SUS RECURSOS PRODUCTIVOS, REGULARA EL EJERCICIO DE LOS DERECHOS DE LOS COMUNEROS SOBRE LA TIERRA Y DE CADA EJIDATARIO SOBRE SU PARCELA. ASIMISMO ESTABLECERA LOS PROCEDIMIENTOS POR LOS CUALES EJIDATARIOS Y COMUNEROS PODRAN ASOCIARSE ENTRE SI, CON EL ESTADO O CON TERCEROS Y OTORGAR EL USO DE SUS TIERRAS; Y, TRATANDOSE DE EJIDATARIOS, TRANSMITIR SUS DERECHOS PARCELARIOS ENTRE LOS MIEMBROS DEL NUCLEO DE POBLACION; IGUALMENTE FIJARA LOS REQUISITOS Y PROCEDIMIENTOS CONFORME A LOS CUALES LA ASAMBLEA EJIDAL OTORGARA AL EJIDATARIO EL DOMINIO SOBRE SU PARCELA. EN CASO DE ENAJENACION DE PARCELAS SE RESPETARA EL DERECHO DE PREFERENCIA QUE PREVEA LA LEY.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

DENTRO DE UN MISMO NUCLEO DE POBLACION, NINGUN EJIDATARIO

PODRA SER TITULAR DE MAS TIERRA QUE LA EQUIVALENTE AL 5% DEL TOTAL DE LAS TIERRAS EJIDALES. EN TODO CASO, LA TITULARIDAD DE TIERRAS EN FAVOR DE UN SOLO EJIDATARIO DEBERA AJUSTARSE A LOS LIMITES SEÑALADOS EN LA FRACCION XV.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA ASAMBLEA GENERAL ES EL ORGANO SUPREMO DEL NUCLEO DE POBLACION EJIDAL O COMUNAL, CON LA ORGANIZACION Y FUNCIONES QUE LA LEY SEÑALE. EL COMISARIADO EJIDAL O DE BIENES COMUNALES, ELECTO DEMOCRATICAMENTE EN LOS TERMINOS DE LA LEY, ES EL ORGANO DE REPRESENTACION DEL NUCLEO Y EL RESPONSABLE DE EJECUTAR LAS RESOLUCIONES DE LA ASAMBLEA.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA RESTITUCION DE TIERRAS, BOSQUES Y AGUAS A LOS NUCLEOS DE POBLACION SE HARA EN LOS TERMINOS DE LA LEY REGLAMENTARIA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

VIII. SE DECLARAN NULAS:
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

A) TODAS LAS ENAJENACIONES DE TIERRAS, AGUAS Y MONTES PERTENECIENTES A LOS PUEBLOS, RANCHERIAS, CONGREGACIONES O COMUNIDADES, HECHAS POR LOS JEFES POLITICOS, GOBERNADORES DE LOS ESTADOS, O CUALQUIERA OTRA AUTORIDAD LOCAL EN CONTRAVENCION A LO DISPUESTO EN LA LEY DE 25 DE JUNIO DE 1856 Y DEMAS LEYES Y DISPOSICIONES RELATIVAS;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

B) TODAS LAS CONCESIONES, COMPOSICIONES O VENTAS DE TIERRAS, AGUAS Y MONTES, HECHAS POR LAS SECRETARIAS DE FOMENTO, HACIENDA O CUALQUIERA OTRA AUTORIDAD FEDERAL, DESDE EL DIA PRIMERO DE DICIEMBRE DE 1876, HASTA LA FECHA, CON LAS CUALES SE HAYAN INVADIDO Y OCUPADO ILEGALMENTE LOS EJIDOS, TERRENOS DE COMUN REPARTIMIENTO O CUALQUIERA OTRA CLASE, PERTENECIENTES A LOS PUEBLOS, RANCHERIAS, CONGREGACIONES O COMUNIDADES, Y NUCLEOS DE POBLACION.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

C) TODAS LAS DILIGENCIAS DE APEO O DESLINDE, TRANSACCIONES, ENAJENACIONES O REMATES PRACTICADOS DURANTE EL PERIODO DE TIEMPO A QUE SE REFIERE LA FRACCION ANTERIOR, POR COMPAÑIAS, JUECES U OTRAS AUTORIDADES DE LOS ESTADOS O DE LA FEDERACION, CON LOS CUALES SE HAYAN INVADIDO U OCUPADO ILEGALMENTE TIERRAS, AGUAS Y MONTES DE LOS EJIDOS, TERRENOS DE COMUN REPARTIMIENTO, O DE CUALQUIERA OTRA CLASE, PERTENECIENTES A NUCLEOS DE POBLACION.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

QUEDAN EXCEPTUADAS DE LA NULIDAD ANTERIOR, UNICAMENTE LAS

TIERRAS QUE HUBIEREN SIDO TITULADAS EN LOS REPARTIMIENTOS HECHOS CON APEGO A LA LEY DE 25 DE JUNIO DE 1856 Y POSEIDAS EN NOMBRE PROPIO A TITULO DE DOMINIO POR MAS DE DIEZ AÑOS CUANDO SU SUPERFICIE NO EXCEDA DE CINCUENTA HECTAREAS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

IX. LA DIVISION O REPARTO QUE SE HUBIERE HECHO CON APARIENCIA DE LEGITIMA ENTRE LOS VECINOS DE ALGUN NUCLEO DE POBLACION Y EN LA QUE HAYA HABIDO ERROR O VICIO, PODRA SER NULIFICADA CUANDO ASI LO SOLICITEN LAS TRES CUARTAS PARTES DE LOS VECINOS QUE ESTEN EN POSESION DE UNA CUARTA PARTE DE LOS TERRENOS, MATERIA DE LA DIVISION, O UNA CUARTA PARTE DE LOS MISMOS VECINOS CUANDO ESTEN EN POSESION DE LAS TRES CUARTAS PARTES DE LOS TERRENOS.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934)

X. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XI. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XII. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XIII. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XIV. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XV. EN LOS ESTADOS UNIDOS MEXICANOS QUEDAN PROHIBIDOS LOS LATIFUNDIOS.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

SE CONSIDERA PEQUEÑA PROPIEDAD AGRICOLA LA QUE NO EXCEDA POR INDIVIDUO DE CIEN HECTAREAS DE RIEGO O HUMEDAD DE PRIMERA O SUS EQUIVALENTES EN OTRAS CLASES DE TIERRAS.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

PARA LOS EFECTOS DE LA EQUIVALENCIA SE COMPUTARA UNA HECTAREA DE RIEGO POR DOS DE TEMPORAL, POR CUATRO DE AGOSTADERO DE BUENA CALIDAD Y POR OCHO DE BOSQUE, MONTE O AGOSTADERO EN TERRENOS ARIDOS.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

SE CONSIDERARA, ASIMISMO, COMO PEQUEÑA PROPIEDAD, LA SUPERFICIE QUE NO EXCEDA POR INDIVIDUO DE CIENTO CINCUENTA

HECTAREAS CUANDO LAS TIERRAS SE DEDIQUEN AL CULTIVO DE ALGODON, SI RECIBEN RIEGO; Y DE TRESCIENTAS, CUANDO SE DESTINEN AL CULTIVO DEL PLATANO, CAÑA DE AZUCAR, CAFE, HENEQUEN, HULE, PALMA, VID, OLIVO, QUINA, VAINILLA, CACAO, AGAVE, NOPAL O ARBOLES FRUTALES.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

SE CONSIDERARA PEQUEÑA PROPIEDAD GANADERA LA QUE NO EXCEDA POR INDIVIDUO LA SUPERFICIE NECESARIA PARA MANTENER HASTA QUINIENTAS CABEZAS DE GANADO MAYOR O SU EQUIVALENTE EN GANADO MENOR, EN LOS TERMINOS QUE FIJE LA LEY, DE ACUERDO CON LA CAPACIDAD FORRAJERA DE LOS TERRENOS.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

CUANDO DEBIDO A OBRAS DE RIEGO, DRENAJE O CUALESQUIERA OTRAS EJECUTADAS POR LOS DUEÑOS O POSEEDORES DE UNA PEQUEÑA PROPIEDAD SE HUBIESE MEJORADO LA CALIDAD DE SUS TIERRAS, SEGUIRA SIENDO CONSIDERADA COMO PEQUEÑA PROPIEDAD, AUN CUANDO, EN VIRTUD DE LA MEJORIA OBTENIDA, SE REBASEN LOS MAXIMOS SEÑALADOS POR ESTA FRACCION, SIEMPRE QUE SE REUNAN LOS REQUISITOS QUE FIJE LA LEY.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

CUANDO DENTRO DE UNA PEQUEÑA PROPIEDAD GANADERA SE REALICEN MEJORAS EN SUS TIERRAS Y ESTAS SE DESTINEN A USOS AGRICOLAS, LA SUPERFICIE UTILIZADA PARA ESTE FIN NO PODRA EXCEDER, SEGUN EL CASO, LOS LIMITES A QUE SE REFIEREN LOS PARRAFOS SEGUNDO Y TERCERO DE ESTA FRACCION QUE CORRESPONDAN A LA CALIDAD QUE HUBIEREN TENIDO DICHAS TIERRAS ANTES DE LA MEJORA;
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XVI. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XVII. EL CONGRESO DE LA UNION Y LAS LEGISLATURAS DE LOS ESTADOS, EN SUS RESPECTIVAS JURISDICCIONES, EXPEDIRAN LEYES QUE ESTABLEZCAN LOS PROCEDIMIENTOS PARA EL FRACCIONAMIENTO Y ENAJENACION DE LAS EXTENSIONES QUE LLEGAREN A EXCEDER LOS LIMITES SEÑALADOS EN LAS FRACCIONES IV Y XV DE ESTE ARTICULO.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

EL EXCEDENTE DEBERA SER FRACCIONADO Y ENAJENADO POR EL PROPIETARIO DENTRO DEL PLAZO DE UN AÑO CONTADO A PARTIR DE LA NOTIFICACION CORRESPONDIENTE. SI TRANSCURRIDO EL PLAZO EL EXCEDENTE NO SE HA ENAJENADO, LA VENTA DEBERA HACERSE MEDIANTE PUBLICA ALMONEDA. EN IGUALDAD DE CONDICIONES, SE RESPETARA EL DERECHO DE PREFERENCIA QUE PREVEA LA LEY REGLAMENTARIA.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LAS LEYES LOCALES ORGANIZARAN EL PATRIMONIO DE FAMILIA,

DETERMINANDO LOS BIENES QUE DEBEN CONSTITUIRLO, SOBRE LA BASE DE QUE SERA INALIENABLE Y NO ESTARA SUJETO A EMBARGO NI A GRAVAMEN NINGUNO;
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XVIII. SE DECLARAN REVISABLES TODOS LOS CONTRATOS Y CONCESIONES HECHOS POR LOS GOBIERNOS ANTERIORES DESDE EL AÑO DE 1876, QUE HAYAN TRAIDO POR CONSECUENCIA EL ACAPARAMIENTO DE TIERRAS, AGUAS Y RIQUEZAS NATURALES DE LA NACION, POR UNA SOLA PERSONA O SOCIEDAD Y SE FACULTA AL EJECUTIVO DE LA UNION PARA DECLARARLOS NULOS CUANDO IMPLIQUEN PERJUICIOS GRAVES PARA EL INTERES PUBLICO.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE ENERO DE 1934. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XIX. CON BASE EN ESTA CONSTITUCION, EL ESTADO DISPONDRA LAS MEDIDAS PARA LA EXPEDITA Y HONESTA IMPARTICION DE LA JUSTICIA AGRARIA, CON OBJETO DE GARANTIZAR LA SEGURIDAD JURIDICA EN LA TENENCIA DE LA TIERRA EJIDAL, COMUNAL Y DE LA PEQUEÑA PROPIEDAD, Y APOYARA LA ASESORIA LEGAL DE LOS CAMPESINOS.
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 03 DE FEBRERO DE 1983. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

SON DE JURISDICCION FEDERAL TODAS LAS CUESTIONES QUE POR LIMITES DE TERRENOS EJIDALES Y COMUNALES, CUALQUIERA QUE SEA EL ORIGEN DE ESTOS, SE HALLEN PENDIENTES O SE SUSCITEN ENTRE DOS O MAS NUCLEOS DE POBLACION; ASI COMO LAS RELACIONADAS CON LA TENENCIA DE LA TIERRA DE LOS EJIDOS Y COMUNIDADES. PARA ESTOS EFECTOS Y, EN GENERAL, PARA LA ADMINISTRACION DE JUSTICIA AGRARIA, LA LEY INSTITUIRA TRIBUNALES DOTADOS DE AUTONOMIA Y PLENA JURISDICCION, INTEGRADOS POR MAGISTRADOS PROPUESTOS POR EL EJECUTIVO FEDERAL Y DESIGNADOS POR LA CAMARA DE SENADORES O, EN LOS RECESOS DE ESTA, POR LA COMISION PERMANENTE.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

LA LEY ESTABLECERA UN ORGANO PARA LA PROCURACION DE JUSTICIA AGRARIA, Y
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE ENERO DE 1992)

XX. EL ESTADO PROMOVERA LAS CONDICIONES PARA EL DESARROLLO RURAL INTEGRAL, CON EL PROPOSITO DE GENERAR EMPLEO Y GARANTIZAR A LA POBLACION CAMPESINA EL BIENESTAR Y SU PARTICIPACION E INCORPORACION EN EL DESARROLLO NACIONAL, Y FOMENTARA LA ACTIVIDAD AGROPECUARIA Y FORESTAL PARA EL OPTIMO USO DE LA TIERRA, CON OBRAS DE INFRAESTRUCTURA, INSUMOS, CREDITOS, SERVICIOS DE CAPACITACION Y ASISTENCIA TECNICA. ASIMISMO EXPEDIRA LA LEGISLACION REGLAMENTARIA PARA PLANEAR Y ORGANIZAR LA PRODUCCION AGROPECUARIA, SU INDUSTRIALIZACION Y COMERCIALIZACION, CONSIDERANDOLAS DE INTERES PUBLICO.
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE

LA FEDERACION EL 03 DE FEBRERO DE 1983)

 Folio: 8143


*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*