# EXHIBIT 2
# Part 2



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual

Navegador Jurídico Internacional | Tienda Electrónica | Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS
TITULO TERCERO
CAPITULO II DEL PODER LEGISLATIVO
SECCION III DE LAS FACULTADES DEL CONGRESO
Artículo 73**

◀ **Folio: 8189** ▶

ARTICULO 73. EL CONGRESO TIENE FACULTAD:

I. PARA ADMITIR NUEVOS ESTADOS A LA UNION FEDERAL;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 8 DE OCTUBRE DE 1974)

II. DEROGADA;
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 8 DE OCTUBRE DE 1974. (MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

III. PARA FORMAR NUEVOS ESTADOS DENTRO DE LOS LIMITES DE LOS EXISTENTES, SIENDO NECESARIO AL EFECTO:

1o. QUE LA FRACCION O FRACCIONES QUE PIDAN ERIGIRSE EN ESTADOS, CUENTEN CON UNA POBLACION DE CIENTO VEINTE MIL HABITANTES, POR LO MENOS.

2o. QUE SE COMPRUEBE ANTE EL CONGRESO QUE TIENEN LOS ELEMENTOS BASTANTES PARA PROVEER A SU EXISTENCIA POLITICA. (MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

3o. QUE SEAN OIDAS LAS LEGISLATURAS DE LOS ESTADOS DE CUYO TERRITORIO SE TRATE, SOBRE LA CONVENIENCIA O INCONVENIENCIA DE LA ERECCION DEL NUEVO ESTADO, QUEDANDO OBLIGADAS A DAR SU INFORME DENTRO DE SEIS MESES, CONTADOS DESDE EL DIA EN QUE SE LES REMITA LA COMUNICACION RESPECTIVA.

4o. QUE IGUALMENTE SE OIGA AL EJECUTIVO DE LA FEDERACION, EL CUAL ENVIARA SU INFORME DENTRO DE SIETE DIAS CONTADOS DESDE LA FECHA EN QUE LE SEA PEDIDO.

5o. QUE SEA VOTADA LA ERECCION DEL NUEVO ESTADO POR DOS TERCERAS PARTES DE LOS DIPUTADOS Y SENADORES PRESENTES EN SUS RESPECTIVAS CAMARAS.

6o. QUE LA RESOLUCION DEL CONGRESO SEA RATIFICADA POR LA MAYORIA DE LAS LEGISLATURAS DE LOS ESTADOS, PREVIO EXAMEN DE LA COPIA DEL EXPEDIENTE, SIEMPRE QUE HAYAN DADO SU CONSENTIMIENTO LAS LEGISLATURAS DE LOS ESTADOS DE CUYO TERRITORIO SE TRATE.

7o. SI LAS LEGISLATURAS DE LOS ESTADOS DE CUYO TERRITORIO SE TRATE NO HUBIEREN DADO SU CONSENTIMIENTO, LA RATIFICACION DE QUE HABLA LA FRACCION ANTERIOR, DEBERA SER HECHA POR LAS DOS TERCERAS PARTES DEL TOTAL DE LEGISLATURAS DE LOS DEMAS ESTADOS.
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

IV. DEROGADA
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 8 DE DICIEMBRE DE 2005)

V. PARA CAMBIAR LA RESIDENCIA DE LOS SUPREMOS PODERES DE LA FEDERACION;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

VI. DEROGADA;
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 22 DE AGOSTO DE 1996)

VII. PARA IMPONER LAS CONTRIBUCIONES NECESARIAS A CUBRIR EL PRESUPUESTO;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

VIII. PARA DAR BASES SOBRE LAS CUALES EL EJECUTIVO PUEDA CELEBRAR EMPRESTITOS SOBRE EL CREDITO DE LA NACION, PARA APROBAR ESOS MISMOS EMPRESTITOS Y PARA RECONOCER Y MANDAR PAGAR LA DEUDA NACIONAL. NINGUN EMPRESTITO PODRA CELEBRARSE SINO PARA LA EJECUCION DE OBRAS QUE DIRECTAMENTE PRODUZCAN UN INCREMENTO EN LOS INGRESOS PUBLICOS, SALVO LOS QUE SE REALICEN CON PROPOSITOS DE REGULACION MONETARIA, LAS OPERACIONES DE CONVERSION Y LOS QUE SE CONTRATEN DURANTE ALGUNA EMERGENCIA DECLARADA POR EL PRESIDENTE DE LA REPUBLICA EN LOS TERMINOS DEL ARTICULO 29. ASIMISMO, APROBAR ANUALMENTE LOS MONTOS DE ENDEUDAMIENTO QUE DEBERAN INCLUIRSE EN LA LEY DE INGRESOS, QUE EN SU CASO REQUIERA EL GOBIERNO DEL DISTRITO FEDERAL Y LAS ENTIDADES DE SU SECTOR PUBLICO, CONFORME A LAS BASES DE LA LEY CORRESPONDIENTE. EL EJECUTIVO FEDERAL INFORMARA ANUALMENTE AL CONGRESO DE LA UNION SOBRE EL EJERCICIO DE DICHA DEUDA A CUYO EFECTO EL JEFE DEL DISTRITO FEDERAL LE HARA LLEGAR EL INFORME QUE SOBRE EL EJERCICIO DE LOS RECURSOS CORRESPONDIENTES HUBIERE REALIZADO. EL JEFE DEL DISTRITO FEDERAL INFORMARA IGUALMENTE A LA ASAMBLEA DE REPRESENTANTES DEL DISTRITO FEDERAL, AL RENDIR LA CUENTA PUBLICA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 25 DE OCTUBRE DE 1993)

IX. PARA IMPEDIR QUE EN EL COMERCIO DE ESTADO A ESTADO SE ESTABLEZCAN RESTRICCIONES;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL

DE LA FEDERACION EL 24 DE OCTUBRE DE 1942. (MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

X. PARA LEGISLAR EN TODA LA REPUBLICA SOBRE HIDROCARBUROS, MINERIA, SUSTANCIAS QUIMICAS, EXPLOSIVOS, PIROTECNIA, INDUSTRIA CINEMATOGRAFICA, COMERCIO, JUEGOS CON APUESTAS Y SORTEOS, INTERMEDIACION Y SERVICIOS FINANCIEROS, ENERGIA ELECTRICA Y NUCLEAR Y PARA EXPEDIR LAS LEYES DEL TRABAJO REGLAMENTARIAS DEL ARTICULO 123;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE JULIO DE 2007)

XI. PARA CREAR Y SUPRIMIR EMPLEOS PUBLICOS DE LA FEDERACION Y SEÑALAR, AUMENTAR O DISMINUIR SUS DOTACIONES;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XII. PARA DECLARAR LA GUERRA, EN VISTA DE LOS DATOS QUE LE PRESENTE EL EJECUTIVO;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XIII. PARA DICTAR LEYES SEGUN LAS CUALES DEBEN DECLARARSE BUENAS O MALAS LAS PRESAS DE MAR Y TIERRA, Y PARA EXPEDIR LEYES RELATIVAS AL DERECHO MARITIMO DE PAZ Y GUERRA;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 21 DE OCTUBRE DE 1966. ACLARACION PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 22 DE OCTUBRE DE 1966. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XIV. PARA LEVANTAR Y SOSTENER A LAS INSTITUCIONES ARMADAS DE LA UNION, A SABER: EJERCITO, MARINA DE GUERRA Y FUERZA AEREA NACIONALES, Y PARA REGLAMENTAR SU ORGANIZACION Y SERVICIO;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE FEBRERO DE 1944. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XV. PARA DAR REGLAMENTOS CON OBJETO DE ORGANIZAR, ARMAR Y DISCIPLINAR LA GUARDIA NACIONAL, RESERVANDOSE A LOS CIUDADANOS QUE LA FORMAN EL NOMBRAMIENTO RESPECTIVO DE JEFES Y OFICIALES, Y A LOS ESTADOS LA FACULTAD DE INSTRUIRLA CONFORME A LA DISCIPLINA PRESCRITA POR DICHOS REGLAMENTOS;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XVI. PARA DICTAR LEYES SOBRE NACIONALIDAD, CONDICION JURIDICA DE LOS EXTRANJEROS, CIUDADANIA, NATURALIZACION, COLONIZACION, EMIGRACION E INMIGRACION Y SALUBRIDAD GENERAL DE LA REPUBLICA.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 18 DE ENERO DE 1934)

1A. EL CONSEJO DE SALUBRIDAD GENERAL DEPENDERA DIRECTAMENTE DEL PRESIDENTE DE LA REPUBLICA, SIN INTERVENCION DE NINGUNA SECRETARIA DE ESTADO, Y SUS DISPOSICIONES

GENERALES SERAN OBLIGATORIAS EN EL PAIS.

2A. EN CASO DE EPIDEMIAS DE CARACTER GRAVE O PELIGRO DE INVASION DE ENFERMEDADES EXOTICAS EN EL PAIS, LA SECRETARIA DE SALUD TENDRA OBLIGACION DE DICTAR INMEDIATAMENTE LAS MEDIDAS PREVENTIVAS INDISPENSABLES, A RESERVA DE SER DESPUES SANCIONADAS POR EL PRESIDENTE DE LA REPUBLICA.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 2 DE AGOSTO DE 1934)

3A. LA AUTORIDAD SANITARIA SERA EJECUTIVA Y SUS DISPOSICIONES SERAN OBEDECIDAS POR LAS AUTORIDADES ADMINISTRATIVAS DEL PAIS.

4A. LAS MEDIDAS QUE EL CONSEJO HAYA PUESTO EN VIGOR EN LA CAMPAÑA CONTRA EL ALCOHOLISMO Y LA VENTA DE SUSTANCIAS QUE ENVENENAN AL INDIVIDUO O DEGENERAN LA ESPECIE HUMANA, ASI COMO LAS ADOPTADAS PARA PREVENIR Y COMBATIR LA CONTAMINACION AMBIENTAL, SERAN DESPUES REVISADAS POR EL CONGRESO DE LA UNION EN LOS CASOS QUE LE COMPETAN;
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE JULIO DE 1971. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XVII. PARA DICTAR LEYES SOBRE VIAS GENERALES DE COMUNICACION, Y SOBRE POSTAS Y CORREOS; PARA EXPEDIR LEYES SOBRE EL USO Y APROVECHAMIENTO DE LAS AGUAS DE JURISDICCION FEDERAL;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XVIII. PARA ESTABLECER CASAS DE MONEDA, FIJAR LAS CONDICIONES QUE ESTA DEBA TENER, DICTAR REGLAS PARA DETERMINAR EL VALOR RELATIVO DE LA MONEDA EXTRANJERA Y ADOPTAR UN SISTEMA GENERAL DE PESAS Y MEDIDAS;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 17 DE NOVIEMBRE DE 1982)

XIX. PARA FIJAR LAS REGLAS A QUE DEBE SUJETARSE LA OCUPACION Y ENAJENACION DE TERRENOS BALDIOS Y EL PRECIO DE ESTOS;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XX. PARA EXPEDIR LAS LEYES DE ORGANIZACION DEL CUERPO DIPLOMATICO Y DEL CUERPO CONSULAR MEXICANO;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXI. PARA ESTABLECER LOS DELITOS Y FALTAS CONTRA LA FEDERACION Y FIJAR LOS CASTIGOS QUE POR ELLOS DEBAN IMPONERSE.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 3 DE JULIO DE 1996)

LAS AUTORIDADES FEDERALES PODRAN CONOCER TAMBIEN DE LOS DELITOS DEL FUERO COMUN, CUANDO ESTOS TENGAN CONEXIDAD CON DELITOS FEDERALES;
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE

LA FEDERACION EL 3 DE JULIO DE 1996)

EN LAS MATERIAS CONCURRENTES PREVISTAS EN ESTA CONSTITUCION, LAS LEYES FEDERALES ESTABLECERAN LOS SUPUESTOS EN QUE LAS AUTORIDADES DEL FUERO COMUN PODRAN CONOCER Y RESOLVER SOBRE DELITOS FEDERALES;
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 28 DE NOVIEMBRE DE 2005)

XXII. PARA CONCEDER AMNISTIAS POR DELITOS CUYO CONOCIMIENTO PERTENEZCA A LOS TRIBUNALES DE LA FEDERACION;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXIII. PARA EXPEDIR LEYES QUE ESTABLEZCAN LAS BASES DE COORDINACION ENTRE LA FEDERACION, EL DISTRITO FEDERAL, LOS ESTADOS Y LOS MUNICIPIOS, EN MATERIA DE SEGURIDAD PUBLICA; ASI COMO PARA LA ORGANIZACION Y FUNCIONAMIENTO, EL INGRESO, SELECCION, PROMOCION Y RECONOCIMIENTO DE LOS INTEGRANTES DE LAS INSTITUCIONES DE SEGURIDAD PUBLICA EN EL AMBITO FEDERAL;
(RESTABLECIDA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 31 DE DICIEMBRE DE 1994)

XXIV. PARA EXPEDIR LA LEY QUE REGULE LA ORGANIZACION DE LA ENTIDAD DE FISCALIZACION SUPERIOR DE LA FEDERACION Y LAS DEMAS QUE NORMEN LA GESTION, CONTROL Y EVALUACION DE LOS PODERES DE LA UNION Y DE LOS ENTES PUBLICOS FEDERALES;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 30 DE JULIO DE 1999)

XXV.- PARA ESTABLECER, ORGANIZAR Y SOSTENER EN TODA LA REPUBLICA ESCUELAS RURALES, ELEMENTALES, SUPERIORES, SECUNDARIAS Y PROFESIONALES; DE INVESTIGACION CIENTIFICA, DE BELLAS ARTES Y DE ENSEÑANZA TECNICA, ESCUELAS PRACTICAS DE AGRICULTURA Y DE MINERIA, DE ARTES Y OFICIOS, MUSEOS, BIBLIOTECAS, OBSERVATORIOS Y DEMAS INSTITUTOS CONCERNIENTES A LA CULTURA GENERAL DE LOS HABITANTES DE LA NACION Y LEGISLAR EN TODO LO QUE SE REFIERE A DICHAS INSTITUCIONES; PARA LEGISLAR SOBRE VESTIGIOS O RESTOS FOSILES Y SOBRE MONUMENTOS ARQUEOLOGICOS, ARTISTICOS E HISTORICOS, CUYA CONSERVACION SEA DE INTERES NACIONAL; ASI COMO PARA DICTAR LAS LEYES ENCAMINADAS A DISTRIBUIR CONVENIENTEMENTE ENTRE LA FEDERACION, LOS ESTADOS Y LOS MUNICIPIOS EL EJERCICIO DE LA FUNCION EDUCATIVA Y LAS APORTACIONES ECONOMICAS CORRESPONDIENTES A ESE SERVICIO PUBLICO, BUSCANDO UNIFICAR Y COORDINAR LA EDUCACION EN TODA LA REPUBLICA. LOS TITULOS QUE SE EXPIDAN POR LOS ESTABLECIMIENTOS DE QUE SE TRATA SURTIRAN SUS EFECTOS EN TODA LA REPUBLICA.
(REFORMA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 21 DE SEPTIEMBRE DE 2000)

XXVI. PARA CONCEDER LICENCIA AL PRESIDENTE DE LA REPUBLICA Y PARA CONSTITUIRSE EN COLEGIO ELECTORAL Y DESIGNAR AL CIUDADANO QUE DEBA SUBSTITUIR AL PRESIDENTE DE LA REPUBLICA, YA SEA CON EL CARACTER DE SUBSTITUTO, INTERINO O PROVISIONAL, EN LOS TERMINOS DE LOS ARTICULOS 84 Y 85 DE ESTA CONSTITUCION;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 29 DE ABRIL DE 1933. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL

DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXVII. PARA ACEPTAR LA RENUNCIA DEL CARGO DE PRESIDENTE DE LA REPUBLICA;
(EL DECRETO NO LO MENCIONA, PERO FUE REUBICADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 20 DE AGOSTO DE 1928. EN EL TEXTO ORIGINAL ERA FRACCION XXIX. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXVIII. DEROGADA;
(DEROGADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE DICIEMBRE DE 1977. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXIX. PARA ESTABLECER CONTRIBUCIONES:
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

1o. SOBRE EL COMERCIO EXTERIOR;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

2o. SOBRE EL APROVECHAMIENTO Y EXPLOTACION DE LOS RECURSOS NATURALES COMPRENDIDOS EN LOS PARRAFOS 4o. Y 5o. DEL ARTICULO 27;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

3o. SOBRE INSTITUCIONES DE CREDITO Y SOCIEDADES DE SEGUROS;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

4o. SOBRE SERVICIOS PUBLICOS CONCESIONADOS O EXPLOTADOS DIRECTAMENTE POR LA FEDERACION, Y
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

5o. ESPECIALES SOBRE:
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

A) ENERGIA ELECTRICA;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

B) PRODUCCION Y CONSUMO DE TABACOS LABRADOS;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

C) GASOLINA Y OTROS PRODUCTOS DERIVADOS DEL PETROLEO;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

D) CERILLOS Y FOSFOROS;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

E) AGUAMIEL Y PRODUCTOS DE SU FERMENTACION, Y (SIC)
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

F) EXPLOTACION FORESTAL, Y
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

G) PRODUCCION Y CONSUMO DE CERVEZA.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE FEBRERO DE 1949)

LAS ENTIDADES FEDERATIVAS PARTICIPARAN EN EL RENDIMIENTO DE ESTAS CONTRIBUCIONES ESPECIALES, EN LA PROPORCION QUE LA LEY SECUNDARIA FEDERAL DETERMINE. LAS LEGISLATURAS LOCALES FIJARAN EL PORCENTAJE CORRESPONDIENTE A LOS MUNICIPIOS, EN SUS INGRESOS POR CONCEPTO DEL IMPUESTO SOBRE ENERGIA ELECTRICA;
(ADICIONADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

XXIX-B. PARA LEGISLAR SOBRE LAS CARACTERISTICAS Y USO DE LA BANDERA, ESCUDO E HIMNO NACIONALES;
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1967. MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

XXIX-C. PARA EXPEDIR LAS LEYES QUE ESTABLEZCAN LA CONCURRENCIA DEL GOBIERNO FEDERAL, DE LOS ESTADOS Y DE LOS MUNICIPIOS, EN EL AMBITO DE SUS RESPECTIVAS COMPETENCIAS, EN MATERIA DE ASENTAMIENTOS HUMANOS, CON OBJETO DE CUMPLIR LOS FINES PREVISTOS EN EL PARRAFO TERCERO DEL ARTICULO 27 DE ESTA CONSTITUCION.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 06 DE FEBRERO DE 1976)

XXIX-D. PARA EXPEDIR LEYES SOBRE PLANEACION NACIONAL DEL DESARROLLO ECONOMICO Y SOCIAL, ASI COMO EN MATERIA DE INFORMACION ESTADISTICA Y GEOGRAFICA DE INTERES NACIONAL;
(REFORMADO MEDIATE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 7 DE ABRIL DE 2006).

XXIX-E. PARA EXPEDIR LEYES PARA LA PROGRAMACION, PROMOCION, CONCERTACION Y EJECUCION DE ACCIONES DE ORDEN ECONOMICO, ESPECIALMENTE LAS REFERENTES AL ABASTO Y OTRAS QUE TENGAN COMO FIN LA PRODUCCION SUFICIENTE Y OPORTUNA DE BIENES Y SERVICIOS, SOCIAL Y NACIONALMENTE NECESARIOS.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 3 DE FEBRERO DE 1983)

XXIX-F. PARA EXPEDIR LEYES TENDIENTES A LA PROMOCION DE LA

INVERSION MEXICANA, LA REGULACION DE LA INVERSION EXTRANJERA, LA TRANSFERENCIA DE TECNOLOGIA Y LA GENERACION, DIFUSION Y APLICACION DE LOS CONOCIMIENTOS CIENTIFICOS Y TECNOLOGICOS QUE REQUIERE EL DESARROLLO NACIONAL.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 3 DE FEBRERO DE 1983)

XXIX-G. PARA EXPEDIR LEYES QUE ESTABLEZCAN LA CONCURRENCIA DEL GOBIERNO FEDERAL, DE LOS GOBIERNOS DE LOS ESTADOS Y DE LOS MUNICIPIOS, EN EL AMBITO DE SUS RESPECTIVAS COMPETENCIAS, EN MATERIA DE PROTECCION AL AMBIENTE Y DE PRESERVACION Y RESTAURACION DEL EQUILIBRIO ECOLOGICO.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 10 DE AGOSTO DE 1987)

XXIX-H. PARA EXPEDIR LEYES QUE INSTITUYAN TRIBUNALES DE LO CONTENCIOSO-ADMINISTRATIVO, DOTADOS DE PLENA AUTONOMIA PARA DICTAR SUS FALLOS, Y QUE TENGAN A SU CARGO DIRIMIR LAS CONTROVERSIAS QUE SE SUSCITEN ENTRE LA ADMINISTRACION PUBLICA FEDERAL Y LOS PARTICULARES, ASI COMO PARA IMPONER SANCIONES A LOS SERVIDORES PUBLICOS POR RESPONSABILIDAD ADMINISTRATIVA QUE DETERMINE LA LEY, ESTABLECIENDO LAS NORMAS PARA SU ORGANIZACION, SU FUNCIONAMIENTO, LOS PROCEDIMIENTOS Y LOS RECURSOS CONTRA SUS RESOLUCIONES;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 04 DE DICIEMBRE DE 2006)

XXIX-I. PARA EXPEDIR LEYES QUE ESTABLEZCAN LAS BASES SOBRE LAS CUALES LA FEDERACION, LOS ESTADOS, EL DISTRITO FEDERAL Y LOS MUNICIPIOS, COORDINARAN SUS ACCIONES EN MATERIA DE PROTECCION CIVIL, Y
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 28 DE JUNIO DE 1999)

XXIX-J. PARA LEGISLAR EN MATERIA DE DEPORTE, ESTABLECIENDO LAS BASES GENERALES DE COORDINACION DE LA FACULTAD CONCURRENTE ENTRE LA FEDERACION, LOS ESTADOS, EL DISTRITO FEDERAL Y MUNICIPIOS; ASIMISMO DE LA PARTICIPACION DE LOS SECTORES SOCIAL Y PRIVADO, Y
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 28 DE JUNIO DE 1999)

XXIX-K. PARA EXPEDIR LEYES EN MATERIA DE TURISMO, ESTABLECIENDO LAS BASES GENERALES DE COORDINACION DE LAS FACULTADES CONCURRENTES ENTRE LA FEDERACION, ESTADOS, MUNICIPIOS Y EL DISTRITO FEDERAL, ASI COMO LA PARTICIPACION DE LOS SECTORES SOCIAL Y PRIVADO.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 29 DE SEPTIEMBRE DE 2003)

XXIX-L. PARA EXPEDIR LEYES QUE ESTABLEZCAN LA CONCURRENCIA DEL GOBIERNO FEDERAL, DE LOS GOBIERNOS DE LAS ENTIDADES FEDERATIVAS Y DE LOS MUNICIPIOS, EN EL AMBITO DE SUS RESPECTIVAS COMPETENCIAS, EN MATERIA DE PESCA Y ACUACULTURA, ASI COMO LA PARTICIPACION DE LOS SECTORES SOCIAL Y PRIVADO, Y
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 27 DE SEPTIEMBRE DE 2004)

XXIX-M. PARA EXPEDIR LEYES EN MATERIA DE SEGURIDAD NACIONAL, ESTABLECIENDO LOS REQUISITOS Y LIMITES A LAS INVESTIGACIONES CORRESPONDIENTES.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 05 DE ABRIL DE 2004)

XXIX-N. PARA EXPEDIR LEYES EN MATERIA DE CONSTITUCION, ORGANIZACION, FUNCIONAMIENTO Y EXTINCION DE LAS SOCIEDADES COOPERATIVAS. ESTAS LEYES ESTABLECERAN LAS BASES PARA LA CONCURRENCIA EN MATERIA DE FOMENTO Y DESARROLLO SUSTENTABLE DE LA ACTIVIDAD COOPERATIVA DE LA FEDERACION, ESTADOS Y MUNICIPIOS, ASI COMO DEL DISTRITO FEDERAL, EN EL AMBITO DE SUS RESPECTIVAS COMPETENCIAS.
(ADICIONADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 15 DE AGOSTO DE 2007)

XXX. PARA EXPEDIR TODAS LAS LEYES QUE SEAN NECESARIAS, A OBJETO DE HACER EFECTIVAS LAS FACULTADES ANTERIORES, Y TODAS LAS OTRAS CONCEDIDAS POR ESTA CONSTITUCION A LOS PODERES DE LA UNION.
(REFORMADA MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 24 DE OCTUBRE DE 1942)

 **Folio: 8189**


*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*