# EXHIBIT 2
# Part 3



*Instituto de Investigaciones Jurídicas*

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CONSTITUCION POLITICA DE LOS ESTADOS UNIDOS MEXICANOS**
**TITULO TERCERO**
**CAPITULO IV DEL PODER JUDICIAL**
**Artículo 104**

**Folio: 8220**

ARTICULO 104. CORRESPONDE A LOS TRIBUNALES DE LA FEDERACION CONOCER:
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 25 DE OCTUBRE DE 1967)

I. DE TODAS LAS CONTROVERSIAS DEL ORDEN CIVIL O CRIMINAL QUE SE SUSCITEN SOBRE EL CUMPLIMIENTO Y APLICACION DE LEYES FEDERALES O DE LOS TRATADOS INTERNACIONALES CELEBRADOS POR EL ESTADO MEXICANO. CUANDO DICHAS CONTROVERSIAS SOLO AFECTEN INTERESES PARTICULARES, PODRAN CONOCER TAMBIEN DE ELLAS, A ELECCION DEL ACTOR, LOS JUECES Y TRIBUNALES DEL ORDEN COMUN DE LOS ESTADOS Y DEL DISTRITO FEDERAL. LAS SENTENCIAS DE PRIMERA INSTANCIA PODRAN SER APELABLES PARA ANTE EL SUPERIOR INMEDIATO DEL JUEZ QUE CONOZCA DEL ASUNTO EN PRIMER GRADO.
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 08 DE OCTUBRE DE 1974)

I-B. DE LOS RECURSOS DE REVISION QUE SE INTERPONGAN CONTRA LAS RESOLUCIONES DEFINITIVAS DE LOS TRIBUNALES DE LO CONTENCIOSO-ADMINISTRATIVO A QUE SE REFIEREN LA FRACCION XXIX-H DEL ARTICULO 73 Y FRACCION IV, INCISO E) DEL ARTICULO 122 DE ESTA CONSTITUCION, SOLO EN LOS CASOS QUE SEÑALEN LAS LEYES. LAS REVISIONES, DE LAS CUALES CONOCERAN LOS TRIBUNALES COLEGIADOS DE CIRCUITO, SE SUJETARAN A LOS TRAMITES QUE LA LEY REGLAMENTARIA DE LOS ARTICULOS 103 Y 107 DE ESTA CONSTITUCION FIJE PARA LA REVISION EN AMPARO INDIRECTO, Y EN CONTRA DE LAS RESOLUCIONES QUE EN ELLAS DICTEN LOS TRIBUNALES COLEGIADOS DE CIRCUITO NO PROCEDERA JUICIO O RECURSO ALGUNO;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 25 DE OCTUBRE DE 1993)

II. DE TODAS LAS CONTROVERSIAS QUE VERSEN SOBRE DERECHO MARITIMO;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

III. DE AQUELLAS EN QUE LA FEDERACION FUESE PARTE;
(MODIFICADO POR LA REIMPRESION DE LA CONSTITUCION, PUBLICADA

EN EL DIARIO OFICIAL DE LA FEDERACION EL 6 DE OCTUBRE DE 1986)

IV. DE LAS CONTROVERSIAS Y DE LAS ACCIONES A QUE SE REFIERE EL ARTICULO 105, MISMAS QUE SERAN DEL CONOCIMIENTO EXCLUSIVO DE LA SUPREMA CORTE DE JUSTICIA DE LA NACION;
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 31 DE DICIEMBRE DE 1994)

V. DE LAS QUE SURJAN ENTRE UN ESTADO Y UNO O MAS VECINOS DE OTRO, Y
(REFORMADO MEDIANTE DECRETO PUBLICADO EN EL DIARIO OFICIAL DE LA FEDERACION EL 25 DE OCTUBRE DE 1967)

VI. DE LOS CASOS CONCERNIENTES A MIEMBROS DEL CUERPO DIPLOMATICO Y CONSULAR.



Folio: 8220



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**DISPOSICIONES PRELIMINARES**
**Artículo 1**

**Folio: 2**

ARTICULO 1°. LAS DISPOSICIONES DE ESTE CODIGO REGIRAN EN TODA LA REPUBLICA EN ASUNTOS DEL ORDEN FEDERAL.

**Folio: 2**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**DISPOSICIONES PRELIMINARES**
**Artículo 12**

 Folio: 13

ARTICULO 12. LAS LEYES MEXICANAS RIGEN A TODAS LAS PERSONAS QUE SE ENCUENTREN EN LA REPUBLICA, ASI COMO LOS ACTOS Y HECHOS OCURRIDOS EN SU TERRITORIO O JURISDICCION Y AQUELLOS QUE SE SOMETAN A DICHAS LEYES, SALVO CUANDO ESTAS PREVEAN LA APLICACION DE UN DERECHO EXTRANJERO Y SALVO, ADEMAS, LO PREVISTO EN LOS TRATADOS Y CONVENCIONES DE QUE MEXICO SEA PARTE.

Folio: 13

*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Información Jurídica

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO I. CONTRATOS.**
**DEL OBJETO Y DEL MOTIVO O FIN DE LOS CONTRATOS.**
**Artículo 1830**

◀ **Folio: 1844** ▶

ARTICULO 1830. ES ILICITO EL HECHO QUE ES CONTRARIO A LAS LEYES DE ORDEN PUBLICO O A LAS BUENAS COSTUMBRES.

◀ **Folio: 1844** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO V. DE LAS OBLIGACIONES QUE NACEN DE LOS ACTOS ILICITOS.**
**Artículo 1910**

Folio: 1925

ARTICULO 1910.

EL QUE OBRANDO ILICITAMENTE O CONTRA LAS BUENAS COSTUMBRES CAUSE DAÑO A OTRO, ESTA OBLIGADO A REPARARLO, A MENOS QUE DEMUESTRE QUE EL DAÑO SE PRODUJO COMO CONSECUENCIA DE CULPA O NEGLIGENCIA INEXCUSABLE DE LA VICTIMA.

Folio: 1925



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO V. DE LAS OBLIGACIONES QUE NACEN DE LOS ACTOS ILICITOS.**
**Artículo 1915**

**Folio: 1930**

ARTICULO 1915. LA REPARACION DEL DAÑO DEBE CONSISTIR A ELECCION DEL OFENDIDO, EN EL RESTABLECIMIENTO DE LA SITUACION ANTERIOR, CUANDO ELLO SEA POSIBLE, O EN EL PAGO DE DAÑOS Y PERJUICIOS.

CUANDO EL DAÑO SE CAUSE A LAS PERSONAS Y PRODUZCA LA MUERTE, INCAPACIDAD TOTAL PERMANENTE, PARCIAL PERMANENTE, TOTAL TEMPORAL O PARCIAL TEMPORAL, EL GRADO DE LA REPARACION SE DETERMINARA ATENDIENDO A LO DISPUESTO POR LA LEY FEDERAL DEL TRABAJO. PARA CALCULAR LA INDEMNIZACION QUE CORRESPONDA SE TOMARA COMO BASE EL CUADRUPLO DEL SALARIO MINIMO DIARIO MAS ALTO QUE ESTE EN VIGOR EN LA REGION Y SE EXTENDERA AL NUMERO DE DIAS QUE PARA CADA UNA DE LAS INCAPACIDADES MENCIONADAS SEÑALA LA LEY FEDERAL DEL TRABAJO. EN CASO DE MUERTE LA INDEMNIZACION CORRESPONDERA A LOS HEREDEROS DE LA VICTIMA.

LOS CREDITOS POR INDEMNIZACION CUANDO LA VICTIMA FUERE UN ASALARIADO SON INTRANSFERIBLES Y SE CUBRIRAN PREFERENTEMENTE EN UNA SOLA EXHIBICION, SALVO CONVENIO ENTRE LAS PARTES.

LAS ANTERIORES DISPOSICIONES SE OBSERVARAN EN EL CASO DEL ARTÍCULO 2647 DE ESTE CODIGO.


**Folio: 1930**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO V. DE LAS OBLIGACIONES QUE NACEN DE LOS ACTOS ILICITOS.**
**Artículo 1916**

**Folio: 1931**

ARTICULO 1916. POR DAÑO MORAL SE ENTIENDE LA AFECTACION QUE UNA PERSONA SUFRE EN SUS SENTIMIENTOS, AFECTOS, CREENCIAS, DECORO, HONOR, REPUTACION, VIDA PRIVADA, CONFIGURACION Y ASPECTOS FISICOS, O BIEN EN LA CONSIDERACION QUE DE SI MISMA TIENEN LOS DEMAS. SE PRESUMIRA QUE HUBO DAÑO MORAL CUANDO SE VULNERE O MENOSCABE ILEGITIMAMENTE LA LIBERTAD O LA INTEGRIDAD FISICA O PSIQUICA DE LAS PERSONAS.

CUANDO UN HECHO U OMISION ILICITOS PRODUZCAN UN DAÑO MORAL, EL RESPONSABLE DEL MISMO TENDRA LA OBLIGACION DE REPARARLO MEDIANTE UNA INDEMNIZACION EN DINERO, CON INDEPENDENCIA DE QUE SE HAYA CAUSADO DAÑO MATERIAL, TANTO EN RESPONSABILIDAD CONTRACTUAL COMO EXTRACONTRACTUAL. IGUAL OBLIGACION DE REPARAR EL DAÑO MORAL TENDRA QUIEN INCURRA EN RESPONSABILIDAD OBJETIVA CONFORME AL ARTÍCULO 1913, ASI COMO EL ESTADO Y SUS SERVIDORES PUBLICOS, CONFORME A LOS ARTICULOS 1927 Y 1928, TODOS ELLOS DEL PRESENTE CODIGO.

LA ACCION DE REPARACION NO ES TRANSMISIBLE A TERCEROS POR ACTO ENTRE VIVOS Y SOLO PASA A LOS HEREDEROS DE LA VICTIMA CUANDO ESTA HAYA INTENTADO LA ACCION EN VIDA.

EL MONTO DE LA INDEMNIZACION LO DETERMINARA EL JUEZ TOMANDO EN CUENTA LOS DERECHOS LESIONADOS, EL GRADO DE RESPONSABILIDAD, LA SITUACION ECONOMICA DEL RESPONSABLE, Y LA DE LA VICTIMA, ASI COMO LAS DEMAS CIRCUNSTANCIAS DEL CASO.

CUANDO EL DAÑO MORAL HAYA AFECTADO A LA VICTIMA EN SU DECORO, HONOR, REPUTACION O CONSIDERACION, EL JUEZ ORDENARA, A PETICION DE ESTA Y CON CARGO AL RESPONSABLE, LA PUBLICACION DE UN EXTRACTO DE LA SENTENCIA QUE REFLEJE ADECUADAMENTE LA NATURALEZA Y ALCANCE DE LA MISMA, A TRAVES DE LOS MEDIOS INFORMATIVOS QUE CONSIDERE CONVENIENTES. EN LOS CASOS EN QUE EL DAÑO DERIVE DE UN ACTO QUE HAYA TENIDO DIFUSION EN LOS MEDIOS INFORMATIVOS, EL JUEZ ORDENARA QUE LOS MISMOS DEN PUBLICIDAD AL EXTRACTO DE LA SENTENCIA, CON LA MISMA RELEVANCIA QUE HUBIERE TENIDO LA DIFUSION ORIGINAL.

ESTARAN SUJETOS A LA REPARACION DEL DAÑO MORAL DE ACUERDO A LO ESTABLECIDO POR ESTE ORDENAMIENTO Y, POR LO TANTO, LAS CONDUCTAS DESCRITAS SE CONSIDERARAN COMO HECHOS ILICITOS:

I. EL QUE COMUNIQUE A UNA O MAS PERSONAS LA IMPUTACION QUE SE HACE A OTRA PERSONA FISICA O MORAL, DE UN HECHO CIERTO O FALSO, DETERMINADO O INDETERMINADO, QUE PUEDA CAUSARLE DESHONRA, DESCREDITO, PERJUICIO, O EXPONERLO AL DESPRECIO DE ALGUIEN;

II. EL QUE IMPUTE A OTRO UN HECHO DETERMINADO Y CALIFICADO COMO DELITO POR LA LEY, SI ESTE HECHO ES FALSO, O ES INOCENTE LA PERSONA A QUIEN SE IMPUTA;

III. EL QUE PRESENTE DENUNCIAS O QUERELLAS CALUMNIOSAS, ENTENDIENDOSE POR TALES AQUELLAS EN QUE SU AUTOR IMPUTA UN DELITO A PERSONA DETERMINADA, SABIENDO QUE ESTA ES INOCENTE O QUE AQUEL NO SE HA COMETIDO, Y

IV. AL QUE OFENDA EL HONOR, ATAQUE LA VIDA PRIVADA O LA IMAGEN PROPIA DE UNA PERSONA.

LA REPARACION DEL DAÑO MORAL CON RELACION AL PARRAFO E INCISOS ANTERIORES DEBERA CONTENER LA OBLIGACION DE LA RECTIFICACION O RESPUESTA DE LA INFORMACION DIFUNDIDA EN EL MISMO MEDIO DONDE FUE PUBLICADA Y CON EL MISMO ESPACIO Y LA MISMA CIRCULACION O AUDIENCIA A QUE FUE DIRIGIDA LA INFORMACION ORIGINAL, ESTO SIN MENOSCABO DE LO ESTABLECIDO EN EL PARRAFO QUINTO DEL PRESENTE ARTICULO.

LA REPRODUCCION FIEL DE INFORMACION NO DA LUGAR AL DAÑO MORAL, AUN EN LOS CASOS EN QUE LA INFORMACION REPRODUCIDA NO SEA CORRECTA Y PUEDA DAÑAR EL HONOR DE ALGUNA PERSONA, PUES NO CONSTITUYE UNA RESPONSABILIDAD PARA EL QUE DIFUNDE DICHA INFORMACION, SIEMPRE Y CUANDO SE CITE LA FUENTE DE DONDE SE OBTUVO.



Folio: 1931



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*