**EXHIBIT 2**
**Part 4**




**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO V. DE LAS OBLIGACIONES QUE NACEN DE LOS ACTOS ILICITOS.**
**Artículo 1916 Bis**

**Folio: 1932**

ARTICULO 1916 BIS. NO ESTARA OBLIGADO A LA REPARACION DEL DAÑO MORAL QUIEN EJERZA SUS DERECHOS DE OPINION, CRITICA, EXPRESION E INFORMACION, EN LOS TERMINOS Y CON LAS LIMITACIONES DE LOS ARTICULOS 6o. Y 7o. DE LA CONSTITUCION GENERAL DE LA REPUBLICA.

EN TODO CASO, QUIEN DEMANDE LA REPARACION DEL DAÑO MORAL POR RESPONSABILIDAD CONTRACTUAL O EXTRACONTRACTUAL DEBERA ACREDITAR PLENAMENTE LA ILICITUD DE LA CONDUCTA DEL DEMANDADO Y EL DAÑO QUE DIRECTAMENTE LE HUBIERE CAUSADO TAL CONDUCTA.

EN NINGUN CASO SE CONSIDERARAN OFENSAS AL HONOR LAS OPINIONES DESFAVORABLES DE LA CRITICA LITERARIA, ARTISTICA, HISTORICA, CIENTIFICA O PROFESIONAL. TAMPOCO SE CONSIDERARAN OFENSIVAS LAS OPINIONES DESFAVORABLES REALIZADAS EN CUMPLIMIENTO DE UN DEBER O EJERCIENDO UN DERECHO CUANDO EL MODO DE PROCEDER O LA FALTA DE RESERVA NO TENGA UN PROPOSITO OFENSIVO.

**Folio: 1932**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*

**DECRETO por el que se derogan diversas disposiciones del Código Penal Federal y se adicionan diversas disposiciones al Código Civil Federal.**

Al margen un sello con el Escudo Nacional, que dice: Estados Unidos Mexicanos.- Presidencia de la República.

**FELIPE DE JESÚS CALDERÓN HINOJOSA**, Presidente de los Estados Unidos Mexicanos, a sus habitantes sabed:

Que el Honorable Congreso de la Unión, se ha servido dirigirme el siguiente

### DECRETO

"EL CONGRESO GENERAL DE LOS ESTADOS UNIDOS MEXICANOS, DECRETA:

**SE DEROGAN DIVERSAS DISPOSICIONES DEL CÓDIGO PENAL FEDERAL Y SE ADICIONAN DIVERSAS DISPOSICIONES AL CÓDIGO CIVIL FEDERAL.**

**ARTÍCULO PRIMERO.-** Se derogan los artículos 350, 351, 352, 353, 354, 355, 356, 357, 358, 359, 360, 361, 362 y 363 del Código Penal Federal, para quedar como sigue:

Artículo 350.- **(Se deroga).**

Artículo 351.- **(Se deroga).**

Artículo 352.- **(Se deroga).**

Artículo 353.- **(Se deroga).**

Artículo 354.- **(Se deroga).**

Artículo 355.- **(Se deroga).**

Artículo 356.- **(Se deroga).**

Artículo 357.- **(Se deroga).**

Artículo 358.- **(Se deroga).**

Artículo 359.- **(Se deroga).**

Artículo 360.- **(Se deroga).**

Artículo 361.- **(Se deroga).**

Artículo 362.- **(Se deroga).**

Artículo 363.- **(Se deroga).**

**ARTÍCULO SEGUNDO.-** Se adicionan los párrafos, sexto con cuatro fracciones, séptimo y octavo al artículo 1916 y el párrafo tercero, al artículo 1916 Bis del Código Civil Federal, para quedar como sigue:

**Artículo 1916. ...**

...

...

...

...

Estarán sujetos a la reparación del daño moral de acuerdo a lo establecido por este ordenamiento y, por lo tanto, las conductas descritas se considerarán como hechos ilícitos:

I. El que comunique a una o más personas la imputación que se hace a otra persona física o moral, de un hecho cierto o falso, determinado o indeterminado, que pueda causarle deshonra, descrédito, perjuicio, o exponerlo al desprecio de alguien;

II. El que impute a otro un hecho determinado y calificado como delito por la ley, si este hecho es falso, o es inocente la persona a quien se imputa;

III. El que presente denuncias o querellas calumniosas, entendiéndose por tales aquellas en que su autor imputa un delito a persona determinada, sabiendo que ésta es inocente o que aquél no se ha cometido, y

IV. Al que ofenda el honor, ataque la vida privada o la imagen propia de una persona.

La reparación del daño moral con relación al párrafo e incisos anteriores deberá contener la obligación de la rectificación o respuesta de la información difundida en el mismo medio donde fue publicada y con el mismo espacio y la misma circulación o audiencia a que fue dirigida la información original, esto sin menoscabo de lo establecido en el párrafo quinto del presente artículo.

La reproducción fiel de información no da lugar al daño moral, aun en los casos en que la información reproducida no sea correcta y pueda dañar el honor de alguna persona, pues no constituye una responsabilidad para el que difunde dicha información, siempre y cuando se cite la fuente de donde se obtuvo.

**Artículo 1916 Bis.-......**

........

En ningún caso se considerarán ofensas al honor las opiniones desfavorables de la crítica literaria, artística, histórica, científica o profesional. Tampoco se considerarán ofensivas las opiniones desfavorables realizadas en cumplimiento de un deber o ejerciendo un derecho cuando el modo de proceder o la falta de reserva no tenga un propósito ofensivo.

## TRANSITORIO

**ÚNICO.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 6 de marzo de 2007.- Dip. **Jorge Zermeño Infante**, Presidente.- Sen. **Manlio Fabio Beltrones Rivera**, Presidente.- Dip. **Ma. Mercedes Maciel Ortiz**, Secretaria.- Sen. **Ludivina Menchaca Castellanos**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los doce días del mes de abril de dos mil siete.- **Felipe de Jesús Calderón Hinojosa**.- Rúbrica.- El Secretario de Gobernación, **Francisco Javier Ramírez Acuña**.- Rúbrica.



### Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TÍTULO PRIMERO. FUENTES DE LAS OBLIGACIONES.**
**CAPÍTULO V. DE LAS OBLIGACIONES QUE NACEN DE LOS ACTOS ILICITOS.**
**Artículo 1934**

**Folio: 1950**

ARTICULO 1934. LA ACCION PARA EXIGIR LA REPARACION DE LOS DAÑOS CAUSADOS EN LOS TERMINOS DEL PRESENTE CAPITULO, PRESCRIBE EN DOS AÑOS CONTADOS A PARTIR DEL DIA EN QUE SE HAYA CAUSADO EL DAÑO.

**Folio: 1950**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO CIVIL FEDERAL.**
**LIBRO CUARTO. DE LAS OBLIGACIONES.**
**PRIMERA PARTE. DE LAS OBLIGACIONES EN GENERAL.**
**TITULO CUARTO EFECTOS DE LAS OBLIGACIONES**
**CAPÍTULO I. CONSECUENCIAS DEL INCUMPLIMIENTO DE LAS OBLIGACIONES.**
**Artículo 2110**

◀ **Folio: 2126** ▶

ARTICULO 2110. LOS DAÑOS Y PERJUICIOS DEBEN SER CONSECUENCIA INMEDIATA Y DIRECTA DE LA FALTA DE CUMPLIMIENTO DE LA OBLIGACION, YA SEA QUE SE HAYAN CAUSADO O QUE NECESARIAMENTE DEBAN CAUSARSE.

◀ **Folio: 2126** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas · Información Jurídica · Biblioteca Jurídica Virtual
Navegador Jurídico Internacional · Tienda Electrónica · Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO I DISPOSICIONES GENERALES**
**Artículo 1**



Folio: 9889

ARTICULO 1. LA PRESENTE LEY ES DE ORDEN PUBLICO Y TIENE POR OBJETO REGULAR LA EXPLOTACION, EL USO O APROVECHAMIENTO DEL ESPACIO AEREO SITUADO SOBRE EL TERRITORIO NACIONAL, RESPECTO DE LA PRESTACION Y DESARROLLO DE LOS SERVICIOS DE TRANSPORTE AEREO CIVIL Y DE ESTADO.

EL ESPACIO AEREO SITUADO SOBRE EL TERRITORIO NACIONAL ES UNA VIA GENERAL DE COMUNICACION SUJETA AL DOMINIO DE LA NACION.

Folio: 9889



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



*Instituto de Investigaciones Jurídicas*

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO I DISPOSICIONES GENERALES**
**Artículo 3**

**Folio: 9891**

ARTICULO 3. LA EXPLOTACION, USO O APROVECHAMIENTO DEL ESPACIO AEREO SITUADO SOBRE EL TERRITORIO NACIONAL, ES DE JURISDICCION FEDERAL.

CORRESPONDERA A LOS TRIBUNALES FEDERALES CONOCER DE LAS CONTROVERSIAS QUE SE SUSCITEN CON MOTIVO DE LA APLICACION DE ESTA LEY, SIN PERJUICIO DE QUE LAS CONTROVERSIAS QUE SURJAN ENTRE PARTICULARES SE SOMETAN A ARBITRAJE, DE CONFORMIDAD CON LAS DISPOSICIONES APLICABLES.

LOS HECHOS OCURRIDOS Y LOS ACTOS REALIZADOS A BORDO DE UNA AERONAVE CIVIL CON MATRICULA MEXICANA, SE SUJETARAN A LAS LEYES Y AUTORIDADES MEXICANAS; Y LOS QUE OCURRAN O SE REALICEN A BORDO DE UNA AERONAVE CIVIL EXTRANJERA DURANTE EL VUELO DE LA MISMA SOBRE TERRITORIO NACIONAL, SE REGIRAN POR LAS LEYES Y AUTORIDADES DEL ESTADO DE MATRICULA DE LA AERONAVE, SIN PERJUICIO DE LO ESTABLECIDO EN LOS TRATADOS. EN EL CASO DE COMISION DE DELITOS EN AERONAVES, SE ESTARA A LO DISPUESTO POR EL CODIGO PENAL PARA EL DISTRITO FEDERAL EN MATERIA DE FUERO COMUN Y PARA TODA LA REPUBLICA EN MATERIA DE FUERO FEDERAL.

SON APLICABLES A LA NAVEGACION AEREA CIVIL LAS DISPOSICIONES QUE, SOBRE NACIMIENTOS Y DEFUNCIONES A BORDO DE UN BUQUE, CON BANDERA MEXICANA, ESTABLECE EL CODIGO CIVIL PARA EL DISTRITO FEDERAL EN MATERIA COMUN Y PARA TODA LA REPUBLICA EN MATERIA FEDERAL.



**Folio: 9891**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

*Info*

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO I DISPOSICIONES GENERALES**
**Artículo 5**

◀ **Folio: 9893** ▶

ARTICULO 5. LAS AERONAVES MEXICANAS SE CLASIFICAN EN:

I. CIVILES, QUE PODRAN SER:

A) DE SERVICIO AL PUBLICO: LAS EMPLEADAS PARA LA PRESTACION AL PUBLICO DE UN SERVICIO DE TRANSPORTE AEREO REGULAR O NO REGULAR, NACIONAL O INTERNACIONAL, Y

B) PRIVADAS: LAS UTILIZADAS PARA USOS COMERCIALES DIFERENTES AL SERVICIO AL PUBLICO O PARA EL TRANSPORTE PARTICULAR SIN FINES DE LUCRO, Y AQUELLAS CUYO FIN EXPRESO SEA LA EXPERIMENTACION, ACROBACIA, EXHIBICION Y LAS QUE POR SU NATURALEZA SEAN DE COLECCION.

II. DE ESTADO, QUE PODRAN SER:

A) LAS DE PROPIEDAD O USO DE LA FEDERACION DISTINTAS DE LAS MILITARES; LAS DE LOS GOBIERNOS ESTATALES Y MUNICIPALES, Y LAS DE LAS ENTIDADES PARAESTATALES, Y

B) LAS MILITARES, QUE SON LAS DESTINADAS O EN POSESION DEL EJERCITO, ARMADA Y FUERZA AEREA NACIONALES.



◀ **Folio: 9893** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Instituto de Investigaciones Jurídicas

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO II DE LA AUTORIDAD AERONAUTICA**
**Artículo 6**

**Folio: 9894**

ARTICULO 6. LA SECRETARIA TENDRA LAS SIGUIENTES ATRIBUCIONES EN MATERIA DE AVIACION CIVIL Y AEROPORTUARIA, SIN PERJUICIO DE LAS OTORGADAS A OTRAS DEPENDENCIAS DE LA ADMINISTRACION PUBLICA FEDERAL:

I. PLANEAR, FORMULAR Y CONDUCIR LAS POLITICAS Y PROGRAMAS PARA LA REGULACION Y EL DESARROLLO DE LOS SERVICIOS DE TRANSPORTE AEREO;

II. OTORGAR CONCESIONES Y PERMISOS, VERIFICAR SU CUMPLIMIENTO Y RESOLVER, EN SU CASO, SU MODIFICACION O TERMINACION;

III. EXPEDIR LAS NORMAS OFICIALES MEXICANAS Y DEMAS DISPOSICIONES ADMINISTRATIVAS;

IV. PRESTAR Y CONTROLAR LOS SERVICIOS A LA NAVEGACION AEREA Y ESTABLECER LAS CONDICIONES DE OPERACION A QUE DEBEN SUJETARSE;

V. EXPEDIR Y APLICAR LAS MEDIDAS Y NORMAS DE SEGURIDAD E HIGIENE QUE DEBEN OBSERVARSE EN LOS SERVICIOS DE TRANSPORTE AEREO, ASI COMO VERIFICAR SU CUMPLIMIENTO;

VI. EXPEDIR CERTIFICADOS DE MATRICULA, DE AERONAVEGABILIDAD Y LOS DE EXPLOTADOR DE SERVICIOS AEREOS Y, EN SU CASO, DECRETAR LA SUSPENSION, CANCELACION, REVALIDACION O REVOCACION DE LOS MISMOS, ASI COMO LLEVAR EL REGISTRO AERONAUTICO MEXICANO;

VII. ESTABLECER Y VERIFICAR EL SISTEMA DE AEROVIAS DENTRO DEL ESPACIO AEREO NACIONAL;

VIII. PARTICIPAR EN LOS ORGANISMOS INTERNACIONALES Y EN LAS NEGOCIACIONES DE TRATADOS;

IX. PROMOVER LA FORMACION, CAPACITACION Y ADIESTRAMIENTO DEL PERSONAL TECNICO AERONAUTICO;

X. EXPEDIR Y, EN SU CASO, REVALIDAR O CANCELAR LAS LICENCIAS DEL PERSONAL TECNICO AERONAUTICO;

XI. INTERPRETAR LA PRESENTE LEY Y SUS REGLAMENTOS PARA EFECTOS ADMINISTRATIVOS, Y

XII. PROMOVER EL DESARROLLO DE LA INDUSTRIA AERONAUTICA, ASI COMO LA AVIACION COMERCIAL Y NO COMERCIAL;

XIII. AUTORIZAR LA PRACTICA DE VISITAS DE VERIFICACION;

XIV. DESIGNAR O, EN SU CASO, REMOVER A LOS COMANDANTES REGIONALES, COMANDANTES DE AEROPUERTOS, HELIPUERTOS Y AERODROMOS CIVILES EN GENERAL, ASI COMO AL PERSONAL TECNICO ESPECIALIZADO QUE PRESTE SUS SERVICIOS EN LOS MISMOS; Y

XV. APROBAR EL PLAN DE VUELO QUE PREVIAMENTE EL OPERADOR PRESENTARA POR ESCRITO O TRANSMITIRA POR VIA TELEFONICA, INTERFONO, FRECUENCIA DE RADIOCOMUNICACION AERONAUTICA ESTABLECIDA O CUALQUIER OTRO MEDIO ELECTRONICO, CONFORME A LAS DISPOSICIONES ADMINISTRATIVAS QUE PARA TALES EFECTOS SEAN EXPEDIDAS, Y

XVI. LAS DEMAS QUE SEÑALEN ESTA LEY Y OTROS ORDENAMIENTOS APLICABLES.

ESTAS ATRIBUCIONES PODRAN SER EJERCIDAS A TRAVES DE LA DIRECCION GENERAL DE AERONAUTICA CIVIL, CON EXCEPCION DE AQUELLAS FACULTADES SEÑALADAS COMO INDELEGABLES EN EL REGLAMENTO INTERIOR DE LA SECRETARIA, Y SIN PERJUICIO DE LAS CONFERIDAS EN EL MISMO A DICHA UNIDAD ADMINISTRATIVA.

 Folio: 9894



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*