# EXHIBIT 2
## Part 5

# SECRETARIA DE COMUNICACIONES Y TRANSPORTES

**DECRETO por el que se reforma y adiciona la Ley de Aviación Civil y la Ley de Aeropuertos.**

Al margen un sello con el Escudo Nacional, que dice: Estados Unidos Mexicanos.- Presidencia de la República.

**VICENTE FOX QUESADA**, Presidente de los Estados Unidos Mexicanos, a sus habitantes sabed:

Que el Honorable Congreso de la Unión, se ha servido dirigirme el siguiente

### DECRETO

"EL CONGRESO GENERAL DE LOS ESTADOS UNIDOS MEXICANOS, DECRETA:

**SE REFORMA Y ADICIONA LA LEY DE AVIACIÓN CIVIL Y LA LEY DE AEROPUERTOS.**

Artículo Primero.- Se adiciona la fracción XV, al Artículo 6 pasando la actual XV a ser XVI de la Ley de Aviación Civil, para quedar como sigue:

Artículo 6. ...

I. a XIV. ....

XV. Aprobar el plan de vuelo que previamente el operador presentará por escrito o transmitirá por vía telefónica, interfono, frecuencia de radiocomunicación aeronáutica establecida o cualquier otro medio electrónico, conforme a las disposiciones administrativas que para tales efectos sean expedidas, y

XVI. Las demás que señalen esta Ley y otros ordenamientos aplicables.

....

Artículo Segundo.- Se reforma el segundo párrafo y se adiciona un tercer párrafo al Artículo 18 de la Ley de Aeropuertos, para quedar como sigue:

Artículo 18. ....

I. y II. ....

La resolución de la Secretaría sobre el otorgamiento de permisos, deberá emitirse en un plazo que no exceda de noventa días naturales, contados a partir de aquel en que se hubiere presentado la solicitud debidamente integrada; tratándose de aeródromos de servicio particular, una vez transcurrido dicho plazo se considerará autorizado el permiso si la Secretaría no hubiere comunicado resolución alguna al promovente; el permiso se entenderá otorgado por diez años.

Cuando la Secretaría resuelva negativamente sobre el otorgamiento de un permiso, ésta contará con 30 días naturales posteriores a la fecha de la resolución, para remitir al promovente un documento explicativo sobre los motivos para la negación del permiso.

### TRANSITORIO

**Único.-** El presente Decreto entrará en vigor al día siguiente de su publicación en el Diario Oficial de la Federación.

México, D.F., a 26 de abril de 2006.- Dip. **Marcela González Salas P.**, Presidenta.- Sen. **Enrique Jackson Ramírez**, Presidente.- Dip. **Ma. Sara Rocha Medina**, Secretaria.- Sen. **Micaela Aguilar González**, Secretaria.- Rúbricas."

En cumplimiento de lo dispuesto por la fracción I del Artículo 89 de la Constitución Política de los Estados Unidos Mexicanos, y para su debida publicación y observancia, expido el presente Decreto en la Residencia del Poder Ejecutivo Federal, en la Ciudad de México, Distrito Federal, a los veintiocho días del mes de junio de dos mil seis.- **Vicente Fox Quesada**.- Rúbrica.- El Secretario de Gobernación, **Carlos María Abascal Carranza**.- Rúbrica.



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas    Información Jurídica    Biblioteca Jurídica Virtual

Navegador Jurídico Internacional    Tienda Electrónica    Contacto



El Instituto

Investigación

Biblioteca
Jorge Carpizo

Legislación y
Jurisprudencia

Distribución
Editorial

Publicaciones

Acerca
de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO III DE LAS CONCESIONES Y DE LOS PERMISOS
SECCION TERCERA DISPOSICIONES COMUNES
Artículo 15**

**Folio: 9904**

ARTICULO 15. LAS CONCESIONES O LOS PERMISOS SE PODRAN REVOCAR POR:

I. NO EJERCER LOS DERECHOS CONFERIDOS DURANTE UN PERIODO MAYOR DE CIENTO OCHENTA DIAS NATURALES, CONTADO A PARTIR DE LA FECHA DE SU OTORGAMIENTO;

II. NO MANTENER VIGENTES LOS SEGUROS A QUE SE REFIERE ESTA LEY;

III. EL CAMBIO DE NACIONALIDAD DEL CONCESIONARIO O PERMISIONARIO;

IV. CEDER, HIPOTECAR, GRAVAR, TRANSFERIR O ENAJENAR LAS CONCESIONES, LOS PERMISOS, O LOS DERECHOS EN ELLOS CONFERIDOS, A ALGUN GOBIERNO O ESTADO EXTRANJERO;

V. CEDER, HIPOTECAR, GRAVAR, TRANSFERIR O ENAJENAR LAS CONCESIONES, LOS PERMISOS, O LOS DERECHOS EN ELLOS CONFERIDOS A OTROS PARTICULARES, NACIONALES O EXTRANJEROS SIN AUTORIZACION DE LA SECRETARIA;

VI. APLICAR TARIFAS DIFERENTES A LAS REGISTRADAS, O EN SU CASO, APROBADAS;

VII. ALTERAR O FALSIFICAR DOCUMENTOS OFICIALES RELACIONADOS CON ESTA LEY;

VIII. SUSPENDER, EN FORMA TOTAL, LA PRESTACION DE LOS SERVICIOS SIN AUTORIZACION DE LA SECRETARIA, SALVO EN CASO FORTUITO O DE FUERZA MAYOR;

IX. PRESTAR SERVICIOS DISTINTOS A LOS SEÑALADOS EN LA CONCESION O PERMISO RESPECTIVO;

X. INFRINGIR LAS CONDICIONES DE SEGURIDAD EN MATERIA DE AERONAVEGABILIDAD;

XI. INCUMPLIR CON LAS OBLIGACIONES DE PAGO DE LAS

INDEMNIZACIONES POR DAÑOS QUE SE ORIGINEN EN LA PRESTACION DE LOS SERVICIOS;

XII. EJECUTAR U OMITIR ACTOS QUE IMPIDAN LA PRESTACION DE LOS SERVICIOS CONCESIONADOS O PERMISIONADOS ENTRE QUIENES TENGAN DERECHO A ELLO, Y

XIII. EN GENERAL, INCUMPLIR CUALQUIERA DE LAS OBLIGACIONES O CONDICIONES ESTABLECIDAS EN ESTA LEY, EN SUS REGLAMENTOS Y EN EL TITULO DE CONCESION O PERMISO RESPECTIVOS, SIEMPRE QUE POR EL INCUMPLIMIENTO SE HAYA IMPUESTO UNA SANCION Y ESTA HAYA QUEDADO FIRME EN TERMINOS DE LEY.

LA SECRETARIA REVOCARA LAS CONCESIONES O PERMISOS DE MANERA INMEDIATA UNICAMENTE EN LOS SUPUESTOS DE LAS FRACCIONES I A V Y VII ANTERIORES.

LA SECRETARIA REVOCARA LAS CONCESIONES O PERMISOS DE MANERA INMEDIATA UNICAMENTE EN LOS SUPUESTOS DE LAS FRACCIONES I A V Y VII ANTERIORES. DE IGUAL FORMA PROCEDERA EN EL CASO DE LA FRACCION X CUANDO A SU JUICIO SEA GRAVE LA INFRACCION PARA LA SEGURIDAD DE LA OPERACION.

EN LOS CASOS DE LAS FRACCIONES VIII, IX Y XI, LA SECRETARIA SOLO REVOCARA LA CONCESION O PERMISO CUANDO PREVIAMENTE HUBIESE SANCIONADO AL RESPECTIVO CONCESIONARIO O PERMISIONARIO, POR LO MENOS EN TRES OCASIONES POR LAS CAUSAS PREVISTAS EN LA MISMA FRACCION. PARA LOS SUPUESTOS DE LAS FRACCIONES VI, XII Y XIII, SE REQUERIRA QUE LA SANCION SE HAYA IMPUESTO POR LO MENOS EN CINCO OCASIONES POR LAS CAUSAS PREVISTAS EN LA MISMA FRACCION.

EL TITULAR DE UNA CONCESION O PERMISO QUE HUBIERE SIDO REVOCADO NO PODRA OBTENER, DIRECTA O INDIRECTAMENTE, OTRA CONCESION O PERMISO DE LOS CONTEMPLADOS EN LA PRESENTE LEY DENTRO DE UN PLAZO DE CINCO AÑOS, CONTADO A PARTIR DE LA FECHA EN QUE HUBIERE QUEDADO FIRME LA RESOLUCION RESPECTIVA.

 **Folio: 9904**


*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual

Navegador Jurídico Internacional   Tienda Electrónica   Contacto

*info*

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO IV DEL SERVICIO DE TRANSPORTE AEREO
SECCION QUINTA DE LAS AERONAVES DE ESTADO
Artículo 31**

**Folio: 9920**

ARTICULO 31. LA OPERACION DE LAS AERONAVES DE ESTADO NO REQUERIRA PERMISO; SE AJUSTARA A LA OBTENCION DE LOS CERTIFICADOS DE MATRICULA Y DE AERONAVEGABILIDAD CORRESPONDIENTES, Y DEBERA CONTAR CON POLIZA DE SEGURO.

LAS AERONAVES MILITARES SE REGIRAN PARA SU OPERACION POR LAS DISPOSICIONES APLICABLES EN ESPECIFICO A LAS MISMAS, SIN PERJUICIO DE LO DISPUESTO POR EL ARTICULO 37 DE ESTA LEY.

**Folio: 9920**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual   Info

Navegador Jurídico Internacional   Tienda Electrónica   Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO VII DEL PERSONAL TECNICO AERONAUTICO
SECCION PRIMERA DISPOSICIONES COMUNES
Artículo 38**

 **Folio: 9927**

ARTICULO 38. EL PERSONAL TECNICO AERONAUTICO ESTA CONSTITUIDO POR EL PERSONAL DE VUELO QUE INTERVIENE DIRECTAMENTE EN LA OPERACION DE LA AERONAVE Y POR EL PERSONAL DE TIERRA, CUYAS FUNCIONES SE ESPECIFIQUEN EN EL REGLAMENTO CORRESPONDIENTE. DICHO PERSONAL DEBERA, ADEMAS DE SER MEXICANO POR NACIMIENTO QUE NO ADQUIERA OTRA NACIONALIDAD, CONTAR CON LAS LICENCIAS RESPECTIVAS, PREVIA COMPROBACION DE LOS REQUISITOS DE CAPACIDAD, APTITUD FISICA, EXAMENES, EXPERIENCIA Y PERICIA, ENTRE OTROS.

PARA EL CASO DE LA AVIACION PRIVADA NO COMERCIAL, LOS PILOTOS EXTRANJEROS Y NACIONALES PODRAN CONVALIDAR U OBTENER LA LICENCIA DE PILOTO PRIVADO, PREVIO EL CUMPLIMIENTO DE LAS DISPOSICIONES EXPRESAS EN EL REGLAMENTO CORRESPONDIENTE.

**Folio: 9927**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*

**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas · Información Jurídica · Biblioteca Jurídica Virtual

Navegador Jurídico Internacional · Tienda Electrónica · Contacto

*Info*

El Instituto
Investigación
Biblioteca Jorge Carpizo
Legislación y Jurisprudencia
Distribución Editorial
Publicaciones
Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

### LEY DE AVIACION CIVIL
### CAPITULO VII DEL PERSONAL TECNICO AERONAUTICO
### SECCION SEGUNDA DEL COMANDANTE DE LA AERONAVE
### Artículo 40

**Folio: 9929**

ARTICULO 40. TODA AERONAVE DEBERA CONTAR CON UN COMANDANTE O PILOTO AL MANDO, QUIEN SERA LA MAXIMA AUTORIDAD A BORDO Y EL RESPONSABLE DE SU OPERACION Y DIRECCION Y DE MANTENER EL ORDEN Y LA SEGURIDAD DE LA AERONAVE, DE LOS TRIPULANTES, PASAJEROS, EQUIPAJE, CARGA Y CORREO. EL COMANDANTE DE LAS AERONAVES DE SERVICIO AL PUBLICO DEBERA SER MEXICANO POR NACIMIENTO QUE NO ADQUIERA OTRA NACIONALIDAD Y ESTAR EN PLENO GOCE Y EJERCICIO DE SUS DERECHOS CIVILES Y POLITICOS.

EL COMANDANTE DE LA AERONAVE SERA DESIGNADO POR EL CONCESIONARIO O PERMISIONARIO Y, EN EL CASO DEL SERVICIO DE TRANSPORTE AEREO PRIVADO NO COMERCIAL, POR EL PROPIETARIO O POSEEDOR DE LA AERONAVE; PARA SUPLIR LA AUSENCIA O INCAPACIDAD DEL COMANDANTE DE LA AERONAVE DURANTE EL VUELO, SE SEGUIRA EL ORDEN JERARQUICO DE DESIGNACION DE LA TRIPULACION HECHA POR AQUELLOS.

EN CASOS DE EMERGENCIA O POR RAZONES DE SEGURIDAD, EL COMANDANTE O EL PILOTO QUE LO SUSTITUYA, ACTUARA EN NOMBRE DE QUIEN LO DESIGNO Y TOMARA LAS DECISIONES PERTINENTES.

TODA PERSONA A BORDO ESTA OBLIGADA A ACATAR LAS INSTRUCCIONES DEL COMANDANTE PARA LA SEGURIDAD Y OPERACION DE LA AERONAVE.

EL COMANDANTE REGISTRARA EN EL LIBRO DE BITACORA LOS HECHOS QUE PUEDAN TENER CONSECUENCIAS LEGALES, OCURRIDOS DURANTE EL VUELO, Y LOS PONDRA EN CONOCIMIENTO DE LAS AUTORIDADES COMPETENTES DEL PRIMER LUGAR DE ATERRIZAJE EN EL TERRITORIO NACIONAL, O DE LAS AUTORIDADES COMPETENTES Y DEL CONSUL MEXICANO, SI EL ATERRIZAJE SE REALIZA EN EL EXTRANJERO.

**Folio: 9929**

*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



Case 1:08-cv-00117-WMS-LGF   Document 54-7   Filed 06/16/08   Page 8 of 12



**Instituto de Investigaciones Juridicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual

Navegador Jurídico Internacional   Tienda Electrónica   Contacto

Info

*El Instituto*

*Investigación*

*Biblioteca Jorge Carpizo*

*Legislación y Jurisprudencia*

*Distribución Editorial*

*Publicaciones*

*Acerca de InfoJus*

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO IX DE LA MATRICULA DE LAS AERONAVES**
**Artículo 44**

**Folio: 9933**

ARTICULO 44. TODA AERONAVE CIVIL DEBERA LLEVAR MARCAS DISTINTIVAS DE SU NACIONALIDAD Y MATRICULA. LAS AERONAVES MEXICANAS DEBERAN OSTENTAR ADEMAS, LA BANDERA NACIONAL.

LAS MARCAS DE NACIONALIDAD PARA LAS AERONAVES CIVILES MEXICANAS SERAN LAS SIGLAS SIGUIENTES: XA, PARA LAS DE SERVICIO AL PUBLICO DE TRANSPORTE AEREO; XB, PARA LAS DE SERVICIOS PRIVADOS, Y XC, PARA LAS AERONAVES DE ESTADO, DISTINTAS DE LAS MILITARES.

LAS AERONAVES CIVILES TIENEN LA NACIONALIDAD DEL ESTADO EN QUE ESTEN MATRICULADAS.

**Folio: 9933**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*

Case 1:08-cv-00117-WMS-LGF    Document 54-7    Filed 06/16/08    Page 9 of 12



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas    Información Jurídica    Biblioteca Jurídica Virtual

Navegador Jurídico Internacional    Tienda Electrónica    Contacto



El Instituto

Investigación

Biblioteca
Jorge Carpizo

Legislación y
Jurisprudencia

Distribución
Editorial

Publicaciones

Acerca
de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS**
**SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y**
**CARGA**
**Artículo 61**

 **Folio: 9950**

ARTICULO 61. LOS CONCESIONARIOS O PERMISIONARIOS DE LOS SERVICIOS DE TRANSPORTE AEREO NACIONAL, SERAN RESPONSABLES POR LOS DAÑOS CAUSADOS A LOS PASAJEROS, A LA CARGA Y AL EQUIPAJE EN EL TRANSPORTE.

EN EL CASO DE PASAJEROS, SE ENTENDERA QUE LOS DAÑOS SE CAUSARON EN EL TRANSPORTE, SI OCURREN DESDE EL MOMENTO EN QUE EL PASAJERO ABORDA LA AERONAVE HASTA QUE HA DESCENDIDO DE LA MISMA.

EL CONCESIONARIO O PERMISIONARIO SERA RESPONSABLE DEL EQUIPAJE FACTURADO DESDE EL MOMENTO EN QUE EXPIDA EL TALON CORRESPONDIENTE HASTA QUE ENTREGUE EL EQUIPAJE AL PASAJERO EN EL PUNTO DE DESTINO.

EN EL CASO DE CARGA, EL CONCESIONARIO O PERMISIONARIO SERA RESPONSABLE DESDE EL MOMENTO EN QUE RECIBA LA CARGA BAJO SU CUSTODIA HASTA QUE LA ENTREGUE AL CONSIGNATARIO RESPECTIVO. LA RESPONSABILIDAD DEL CONCESIONARIO O PERMISIONARIO SE INTERRUMPIRA CUANDO LA CARGA LE SEA RETIRADA POR ORDEN DE AUTORIDAD COMPETENTE.

**Folio: 9950**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual
Navegador Jurídico Internacional   Tienda Electrónica   Contacto

Info

El Instituto
Investigación
Biblioteca
Jorge Carpizo
Legislación y
Jurisprudencia
Distribución
Editorial
Publicaciones
Acerca
de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS
SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y
CARGA
Artículo 62**

**Folio: 9951**

ARTICULO 62. PARA LOS DAÑOS A PASAJEROS, EL DERECHO A PERCIBIR INDEMNIZACIONES SE SUJETARA A LO DISPUESTO POR EL ARTICULO 1915 DEL CODIGO CIVIL PARA EL DISTRITO FEDERAL EN MATERIA COMUN Y PARA TODA LA REPUBLICA EN MATERIA FEDERAL, SALVO POR LO QUE SE REFIERE AL MONTO QUE SERA EL TRIPLE DE LO PREVISTO EN DICHO ARTICULO. PARA LA PRELACION EN EL PAGO DE LAS INDEMNIZACIONES, SE ESTARA A LO DISPUESTO EN EL ARTICULO 501 DE LA LEY FEDERAL DEL TRABAJO.

LA INDEMNIZACION POR LA DESTRUCCION O AVERIA DEL EQUIPAJE DE MANO SERA DE HASTA CUARENTA SALARIOS MINIMOS. POR LA PERDIDA O AVERIA DEL EQUIPAJE FACTURADO LA INDEMNIZACION SERA EQUIVALENTE A LA SUMA DE SETENTA Y CINCO SALARIOS MINIMOS.

**Folio: 9951**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Juridicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual
Navegador Jurídico Internacional   Tienda Electrónica   Contacto

*info*

El Instituto
Investigación
Biblioteca
Jorge Carpizo
Legislación y
Jurisprudencia
Distribución
Editorial
Publicaciones
Acerca
de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS
SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y
CARGA
Artículo 66**

**Folio: 9955**

ARTICULO 66. LAS RECLAMACIONES PARA LOS CASOS DE PERDIDA O AVERIA DE LA CARGA O EQUIPAJE FACTURADO, DEBERAN PRESENTARSE ANTE EL CONCESIONARIO O PERMISIONARIO DENTRO DE LOS QUINCE DIAS SIGUIENTES CONTADOS A PARTIR DE LA FECHA DE ENTREGA O DE LA FECHA EN QUE DEBIO HACERSE LA MISMA. LA FALTA DE RECLAMACION OPORTUNA IMPEDIRA EL EJERCICIO DE LAS ACCIONES CORRESPONDIENTES.

PARA EL CASO DE CARGA O EQUIPAJE FACTURADO, LAS ACCIONES PARA EXIGIR EL PAGO DE LAS INDEMNIZACIONES PRESCRIBIRAN EN EL PLAZO DE NOVENTA DIAS A PARTIR DE LA FECHA EN QUE DEBIO ENTREGARSE LA CARGA O EL EQUIPAJE FACTURADO.

PARA LOS DAÑOS A PERSONAS, LAS ACCIONES PARA EXIGIR EL PAGO DE LAS INDEMNIZACIONES PRESCRIBIRAN EN EL PLAZO DE UN AÑO, A PARTIR DE LA FECHA DE LOS HECHOS QUE LES DIERON NACIMIENTO O, EN SU DEFECTO, DE LA FECHA DE INICIACION DEL VIAJE PREVISTA EN EL CONTRATO DE TRANSPORTE.

**Folio: 9955**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas    Información Jurídica    Biblioteca Jurídica Virtual

Navegador Jurídico Internacional    Tienda Electrónica    Contacto



*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

El Instituto

Investigación

Biblioteca
Jorge Carpizo

Legislación y
Jurisprudencia

Distribución
Editorial

Publicaciones

Acerca
de InfoJus

**LEY DE AVIACION CIVIL**
**CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS**
**SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y CARGA**
**Artículo 67**

**Folio: 9956**

ARTICULO 67. LOS CONCESIONARIOS O PERMISIONARIOS DEL SERVICIO AL PUBLICO DE TRANSPORTE AEREO ESTARAN EXENTOS DE LAS RESPONSABILIDADES POR DAÑOS CAUSADOS EN LOS SIGUIENTES CASOS:

I. A PASAJEROS, POR CULPA O NEGLIGENCIA INEXCUSABLE DE LA VICTIMA, Y

II. A EQUIPAJE FACTURADO Y CARGA:

A) POR VICIOS PROPIOS DE LOS BIENES O PRODUCTOS, O POR EMBALAJES INADECUADOS;

B) CUANDO LA CARGA, POR SU PROPIA NATURALEZA, SUFRA DETERIORO O DAÑO TOTAL O PARCIAL, SIEMPRE QUE HAYAN CUMPLIDO EN EL TIEMPO DE ENTREGA ESTABLECIDO;

C) CUANDO LOS BIENES SE TRANSPORTEN A PETICION ESCRITA DEL REMITENTE EN VEHICULOS NO IDONEOS, SIEMPRE QUE POR LA NATURALEZA DE AQUELLOS DEBIERAN TRANSPORTARSE EN VEHICULOS CON OTRAS CARACTERISTICAS; Y

D) CUANDO SEAN FALSAS LAS DECLARACIONES O INSTRUCCIONES DEL EMBARCADOR, DEL CONSIGNATARIO O DESTINATARIO DE LOS BIENES, O DEL TITULAR DE LA CARTA DE PORTE, RESPECTO DEL MANEJO DE LA CARGA.



**Folio: 9956**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*