# EXHIBIT 2
# Part 6



**Instituto de Investigaciones Juridicas**

Próximas Actividades Académicas    Información Jurídica    Biblioteca Jurídica Virtual

Navegador Jurídico Internacional    Tienda Electrónica    Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS**
**SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y CARGA**
**Artículo 68**

◀ **Folio: 9957** ▶

ARTICULO 68. LOS DAÑOS QUE SUFRAN LAS PERSONAS O CARGA TRANSPORTADAS EN AERONAVES DESTINADAS AL SERVICIO DE TRANSPORTE AEREO PRIVADO COMERCIAL SE SUJETARAN A LAS DISPOSICIONES DEL CODIGO CIVIL PARA EL DISTRITO FEDERAL EN MATERIA COMUN Y PARA TODA LA REPUBLICA EN MATERIA FEDERAL.

◀ **Folio: 9957** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*

**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual

Navegador Jurídico Internacional   Tienda Electrónica   Contacto



- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO XII DE LA RESPONSABILIDAD POR DAÑOS**
**SECCION PRIMERA DE LOS DAÑOS A PASAJEROS, EQUIPAJE Y CARGA**
**Artículo 69**

◀ **Folio: 9958** ▶

ARTICULO 69. SERA NULA DE PLENO DERECHO TODA CLAUSULA QUE SE INSERTE EN LOS CONTRATOS DE TRANSPORTE CON OBJETO DE ESTABLECER LIMITES DE RESPONSABILIDAD INFERIORES A LOS PREVISTOS EN LOS ARTICULOS 62 Y 63 ANTERIORES, O QUE ESTABLEZCAN CAUSAS DE EXONERACION DE RESPONSABILIDAD DISTINTAS DE LAS PREVISTAS EN EL ARTICULO 67 ANTERIOR. LA NULIDAD DE TALES CLAUSULAS NO IMPLICARA LA DEL CONTRATO DE TRANSPORTE.

◀ **Folio: 9958** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas    Información Jurídica    Biblioteca Jurídica Virtual

Navegador Jurídico Internacional    Tienda Electrónica    Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL**
**CAPITULO XIII DE LOS SEGUROS AEREOS**
**Artículo 74**

◀ **Folio: 9963** ▶

ARTICULO 74. LOS CONCESIONARIOS O PERMISIONARIOS Y, EN EL CASO DEL SERVICIO DE TRANSPORTE AEREO PRIVADO NO COMERCIAL, LOS PROPIETARIOS O POSEEDORES DE AERONAVES, QUE TRANSITEN EN EL ESPACIO AEREO NACIONAL, DEBERAN CONTRATAR Y MANTENER VIGENTE UN SEGURO QUE CUBRA LAS RESPONSABILIDADES POR LOS DAÑOS A PASAJEROS, CARGA, EQUIPAJE FACTURADO O A TERCEROS EN LA OPERACION DE LAS AERONAVES.

PARA EL INICIO DE OPERACIONES DE UNA AERONAVE SERA REQUISITO INDISPENSABLE, LA APROBACION POR PARTE DE LA SECRETARIA DEL CONTRATO DE SEGURO. EN EL CASO DE LAS AERONAVES PRIVADAS EXTRANJERAS, TAL ACREDITAMIENTO DEBERA HACERSE EN EL PRIMER AEROPUERTO INTERNACIONAL EN QUE ATERRICEN.

EN MATERIA DE TRANSPORTE AEREO INTERNACIONAL, LOS SEGUROS DEBERAN CUMPLIR CON LO ESTABLECIDO EN LOS TRATADOS.



◀ **Folio: 9963** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

| Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual |
| Navegador Jurídico Internacional | Tienda Electrónica | Contacto |

*Info*

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY DE AVIACION CIVIL
CAPITULO XVI DE LOS ACCIDENTES Y DE LA BUSQUEDA Y SALVAMENTO
Artículo 81**

 **Folio: 9970**

ARTICULO 81. CORRESPONDE A LA SECRETARIA LA INVESTIGACION DE LOS ACCIDENTES E INCIDENTES SUFRIDOS POR AERONAVES CIVILES. CONCLUIDA LA INVESTIGACION, QUE SE LLEVARA A CABO CON AUDIENCIA DE LOS INTERESADOS, DETERMINARA LA CAUSA PROBABLE DE LOS MISMOS Y, EN SU CASO, IMPONDRA LAS SANCIONES. SI HAY LUGAR A ELLO, HARA LOS HECHOS DEL CONOCIMIENTO DE LA AUTORIDAD COMPETENTE.

**Folio: 9970**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas · Información Jurídica · Biblioteca Jurídica Virtual

Navegador Jurídico Internacional · Tienda Electrónica · Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY FEDERAL DEL TRABAJO
TITULO NOVENO RIESGOS DE TRABAJO
Artículo 500**

 **Folio: 21969** 

ARTICULO 500. CUANDO EL RIESGO TRAIGA COMO CONSECUENCIA LA MUERTE DEL TRABAJADOR, LA INDEMNIZACION COMPRENDERA:

I. DOS MESES DE SALARIO POR CONCEPTO DE GASTOS FUNERARIOS; Y

II. EL PAGO DE LA CANTIDAD QUE FIJA EL ARTICULO 502.

 **Folio: 21969** 



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



El Instituto

Investigación

Biblioteca Jorge Carpizo

Legislación y Jurisprudencia

Distribución Editorial

Publicaciones

Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY FEDERAL DEL TRABAJO
TITULO NOVENO RIESGOS DE TRABAJO
Artículo 501**

**Folio: 21970**

ARTICULO 501. TENDRAN DERECHO A RECIBIR INDEMNIZACION EN LOS CASOS DE MUERTE:

I. LA VIUDA, O EL VIUDO QUE HUBIESE DEPENDIDO ECONOMICAMENTE DE LA TRABAJADORA Y QUE TENGA UNA INCAPACIDAD DE CINCUENTA POR CIENTO O MAS, Y LOS HIJOS MENORES DE DIECISEIS AÑOS Y LOS MAYORES DE ESTA EDAD SI TIENEN UNA INCAPACIDAD DE CINCUENTA POR CIENTO O MAS;

II. LOS ASCENDIENTES CONCURRIRAN CON LAS PERSONAS MENCIONADAS EN LA FRACCION ANTERIOR, A MENOS QUE SE PRUEBE QUE NO DEPENDIAN ECONOMICAMENTE DEL TRABAJADOR;

III. A FALTA DE CONYUGE SUPERSTITE, CONCURRIRA CON LAS PERSONAS SEÑALADAS EN LAS DOS FRACCIONES ANTERIORES, LA PERSONA CON QUIEN EL TRABAJADOR VIVIO COMO SI FUERA SU CONYUGE DURANTE LOS CINCO AÑOS QUE PRECEDIERON INMEDIATAMENTE A SU MUERTE, O CON LA QUE TUVO HIJOS, SIEMPRE QUE AMBOS HUBIERAN PERMANECIDO LIBRES DE MATRIMONIO DURANTE EL CONCUBINATO.

IV. A FALTA DE CONYUGE SUPERSTITE, HIJOS Y ASCENDIENTES, LAS PERSONAS QUE DEPENDAN ECONOMICAMENTE DEL TRABAJADOR CONCURRIRAN CON LA PERSONA QUE REUNA LOS REQUISITOS SEÑALADOS EN LA FRACCION ANTERIOR, EN LA PROPORCION EN QUE CADA UNA DEPENDIA DE EL; Y

V. A FALTA DE LAS PERSONAS MENCIONADAS EN LAS FRACCIONES ANTERIORES, EL INSTITUTO MEXICANO DEL SEGURO SOCIAL.

**Folio: 21970**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual

Navegador Jurídico Internacional | Tienda Electrónica | Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

### LEY FEDERAL DEL TRABAJO
### TITULO NOVENO RIESGOS DE TRABAJO
### Artículo 502

 **Folio: 21971**

ARTICULO 502. EN CASO DE MUERTE DEL TRABAJADOR, LA INDEMNIZACION QUE CORRESPONDA A LAS PERSONAS A QUE SE REFIERE EL ARTICULO ANTERIOR SERA LA CANTIDAD EQUIVALENTE AL IMPORTE DE SETECIENTOS TREINTA DIAS DE SALARIO, SIN DEDUCIR LA INDEMNIZACION QUE PERCIBIO EL TRABAJADOR DURANTE EL TIEMPO EN QUE ESTUVO SOMETIDO AL REGIMEN DE INCAPACIDAD TEMPORAL.

**Folio: 21971**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*

Case 1:08-cv-00147-MMS-LCF Document 548 Filed 06/16/08   Page 9 of 11



Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas   Información Jurídica   Biblioteca Jurídica Virtual

Navegador Jurídico Internacional   Tienda Electrónica   Contacto

Info

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY FEDERAL DE PROTECCION AL CONSUMIDOR**
**CAPÍTULO IX DE LAS GARANTÍAS**
**Artículo 82**

◀ **Folio: 19915** ▶

ARTICULO 82. EL CONSUMIDOR PUEDE OPTAR POR PEDIR LA RESTITUCION DEL BIEN O SERVICIO, LA RESCISION DEL CONTRATO O LA REDUCCION DEL PRECIO, Y EN CUALQUIER CASO, LA BONIFICACION O COMPENSACION, CUANDO LA COSA U OBJETO DEL CONTRATO TENGA DEFECTOS O VICIOS OCULTOS QUE LA HAGAN IMPROPIA PARA LOS USOS A QUE HABITUALMENTE SE DESTINE, QUE DISMINUYAN SU CALIDAD O LA POSIBILIDAD DE SU USO, O NO OFREZCA LA SEGURIDAD QUE DADA SU NATURALEZA NORMALMENTE SE ESPERE DE ELLA Y DE SU USO RAZONABLE. CUANDO EL CONSUMIDOR OPTE POR LA RESCISION, EL PROVEEDOR TIENE LA OBLIGACION DE REINTEGRARLE EL PRECIO PAGADO Y, EN SU CASO, LOS INTERESES A QUE SE REFIERE EL SEGUNDO PARRAFO DEL ARTICULO 91 DE ESTA LEY.

LA BONIFICACION O COMPENSACION A QUE SE REFIERE EL PARRAFO ANTERIOR SE DETERMINARA CONFORME A LO DISPUESTO EN EL ARTICULO 92 TER DE ESTA LEY.

LO ANTERIOR SIN PERJUICIO DE LA INDEMNIZACION QUE EN SU CASO CORRESPONDA POR DAÑOS Y PERJUICIOS.

◀ **Folio: 19915** ▶



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*




**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**LEY ORGANICA DEL PODER JUDICIAL DE LA FEDERACION
TITULO CUARTO DE LOS JUZGADOS DE DISTRITO
CAPITULO II DE SUS ATRIBUCIONES
Artículo 53**

**Folio: 28565**

ARTICULO 53. LOS JUECES DE DISTRITO CIVILES FEDERALES CONOCERAN:

I. DE LAS CONTROVERSIAS DEL ORDEN CIVIL QUE SE SUSCITEN SOBRE EL CUMPLIMIENTO Y APLICACION DE LEYES FEDERALES O TRATADOS INTERNACIONALES CELEBRADOS POR EL ESTADO MEXICANO. CUANDO DICHAS CONTROVERSIAS SOLO AFECTEN INTERESES PARTICULARES PODRAN CONOCER DE ELLAS, A ELECCION DEL ACTOR, LOS JUECES Y TRIBUNALES DEL ORDEN COMUN DE LOS ESTADOS Y DEL DISTRITO FEDERAL;

II. DE LOS JUICIOS QUE AFECTEN BIENES DE PROPIEDAD NACIONAL;

III. DE LOS JUICIOS QUE SE SUSCITEN ENTRE UNA ENTIDAD FEDERATIVA Y UNO O MAS VECINOS DE OTRA, SIEMPRE QUE ALGUNA DE LAS PARTES CONTENDIENTES ESTE BAJO LA JURISDICCION DEL JUEZ;

IV. DE LOS ASUNTOS CIVILES CONCERNIENTES A MIEMBROS DEL CUERPO DIPLOMATICO Y CONSULAR;

V. DE LAS DILIGENCIAS DE JURISDICCION VOLUNTARIA QUE SE PROMUEVAN EN MATERIA FEDERAL;

VI. DE LAS CONTROVERSIAS ORDINARIAS EN QUE LA FEDERACION FUERE PARTE, Y

VII. DE LOS ASUNTOS DE LA COMPETENCIA DE LOS JUZGADOS DE DISTRITO EN MATERIA DE PROCESOS FEDERALES QUE NO ESTEN ENUMERADOS EN LOS ARTICULOS 50, 52 Y 55 DE ESTA LEY.

**Folio: 28565**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual

Navegador Jurídico Internacional | Tienda Electrónica | Contacto

Info

*Información Jurídica*

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES**
**LIBRO PRIMERO DISPOSICIONES GENERALES**
**TITULO SEGUNDO AUTORIDAD JUDICIAL**
**CAPITULO I COMPETENCIA**
**SECCION SEGUNDA COMPETENCIA TERRITORIAL**
**Artículo 23**

 **Folio: 6022** 

ARTICULO 23.- LA COMPETENCIA TERRITORIAL ES PRORROGABLE POR MUTUO CONSENTIMIENTO DE LAS PARTES EXPRESO O TACITO.

HAY PRORROGA TACITA:

I.- DE PARTE DEL ACTOR, POR EL HECHO DE OCURRIR AL TRIBUNAL, ENTABLANDO SU DEMANDA;

II.- DE PARTE DEL DEMANDADO, POR CONTESTAR LA DEMANDA Y POR RECONVENIR AL ACTOR, Y

III.- DE PARTE DE CUALQUIERA DE LOS INTERESADOS, CUANDO DESISTA DE UNA COMPETENCIA.

 **Folio: 6022** 



*Derechos Reservados, (C)1995-2003 IIJ-UNAM*
*Instituto de Investigaciones Jurídicas de la UNAM*
*Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.*
*Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*