**EXHIBIT 2
Part 7**



*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO I REGLAS GENERALES
Artículo 79**



**Folio: 6078**

ARTICULO 79.- PARA CONOCER LA VERDAD, PUEDE EL JUZGADOR VALERSE DE CUALQUIER PERSONA, SEA PARTE O TERCERO, Y DE CUALQUIER COSA O DOCUMENTO, YA SEA QUE PERTENEZCA A LAS PARTES O A UN TERCERO, SIN MAS LIMITACIONES QUE LAS DE QUE LAS PRUEBAS ESTEN RECONOCIDAS POR LA LEY Y TENGAN RELACION INMEDIATA CON LOS HECHOS CONTROVERTIDOS.

LOS TRIBUNALES NO TIENEN LIMITES TEMPORALES PARA ORDENAR LA APORTACION DE LAS PRUEBAS QUE JUZGUEN INDISPENSABLES PARA FORMAR SU CONVICCION RESPECTO DEL CONTENIDO DE LA LITIS, NI RIGEN PARA ELLOS LAS LIMITACIONES Y PROHIBICIONES, EN MATERIA DE PRUEBA, ESTABLECIDAS EN RELACION CON LAS PARTES.

 **Folio: 6078** 



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO I REGLAS GENERALES
Artículo 90**



**Folio: 6090**

ARTICULO 90.- LOS TERCEROS ESTAN OBLIGADOS, EN TODO TIEMPO, A PRESTAR AUXILIO A LOS TRIBUNALES, EN LAS AVERIGUACIONES DE LA VERDAD. DEBEN, SIN DEMORA, EXHIBIR DOCUMENTOS Y COSAS QUE TENGAN EN SU PODER, CUANDO PARA ELLO FUEREN REQUERIDOS.

LOS TRIBUNALES TIENEN LA FACULTAD Y EL DEBER DE COMPELER A LOS TERCEROS, POR LOS MEDIOS DE APREMIO MAS EFICACES, PARA QUE CUMPLAN CON ESTA OBLIGACION; PERO, EN CASO DE OPOSICION, OIRAN LAS RAZONES EN QUE LA FUNDEN, Y RESOLVERAN SIN ULTERIOR RECURSO.

DE LA MENCIONADA OBLIGACION ESTAN EXENTOS LOS ASCENDIENTES, DESCENDIENTES, CONYUGES Y PERSONAS QUE DEBAN GUARDAR SECRETO PROFESIONAL, EN LOS CASOS EN QUE SE TRATE DE PROBAR CONTRA LA PARTE CON LA QUE ESTEN RELACIONADOS.

**Folio: 6090**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*




**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO III DOCUMENTOS PUBLICOS PRIVADOS
Artículo 135**

**Folio: 6135**

ARTICULO 135.- LOS DOCUMENTOS EXISTENTES EN UN LUGAR DISTINTO DE AQUEL EN QUE SE SIGUE EL NEGOCIO, SE COMPULSARAN A VIRTUD DE DESPACHO O EXHORTO QUE DIRIJA EL TRIBUNAL DE LOS AUTOS AL JUEZ DE DISTRITO RESPECTIVO, O, EN SU DEFECTO, AL DEL LUGAR EN QUE AQUELLOS SE HALLEN.

**Folio: 6135**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



### Instituto de Investigaciones Jurídicas

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO VI PRUEBA TESTIMONIAL
Artículo 165**

**Folio: 6165**

ARTICULO 165.- TODOS LOS QUE TENGAN CONOCIMIENTO DE LOS HECHOS QUE LAS PARTES DEBEN PROBAR, ESTAN OBLIGADOS A DECLARAR COMO TESTIGOS.

**Folio: 6165**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO VI PRUEBA TESTIMONIAL
Artículo 167**



**Folio: 6167**

ARTICULO 167.- LOS TESTIGOS SERAN CITADOS A DECLARAR CUANDO LA PARTE QUE OFREZCA SU TESTIMONIO MANIFIESTE NO PODER, POR SI MISMA, HACER QUE SE PRESENTEN. LA CITACION SE HARA CON APERCIBIMIENTO DE APREMIO SI FALTAREN SIN JUSTA CAUSA.

LOS QUE, HABIENDO COMPARECIDO, SE NIEGUEN A DECLARAR, SERAN APREMIADOS POR EL TRIBUNAL.

**Folio: 6167**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*



**Instituto de Investigaciones Jurídicas**

Próximas Actividades Académicas | Información Jurídica | Biblioteca Jurídica Virtual
Navegador Jurídico Internacional | Tienda Electrónica | Contacto



- El Instituto
- Investigación
- Biblioteca Jorge Carpizo
- Legislación y Jurisprudencia
- Distribución Editorial
- Publicaciones
- Acerca de InfoJus

*Información Jurídica*

**Legislación Federal** (Vigente al 1o. de abril de 2008)

**CODIGO FEDERAL DE PROCEDIMIENTOS CIVILES
LIBRO PRIMERO DISPOSICIONES GENERALES
TITULO CUARTO PRUEBA
CAPITULO VI PRUEBA TESTIMONIAL
Artículo 169**

 **Folio: 6169**

ARTICULO 169.- LOS FUNCIONARIOS PUBLICOS O QUIENES LO HAYAN SIDO, NO ESTAN OBLIGADOS A DECLARAR, A SOLICITUD DE LAS PARTES RESPECTO AL ASUNTO DE QUE CONOZCAN O HAYAN CONOCIDO POR VIRTUD DE SUS FUNCIONES. SOLAMENTE CUANDO EL TRIBUNAL LO JUZGUE INDISPENSABLE PARA LA INVESTIGACION DE LA VERDAD PODRAN SER LLAMADOS A DECLARAR.

**Folio: 6169**



*Derechos Reservados, (C)1995-2003 IIJ-UNAM
Instituto de Investigaciones Jurídicas de la UNAM
Circuito Maestro Mario de la Cueva s/n, Ciudad Universitaria, CP. 04510, México, D.F.
Tel. (52) (55) 56-22-74-64 ó 78, Fax. (52) (55) 56-65-21-93*