**EXHIBIT 3**

## POLITICAL CONSTITUTION OF THE UNITED MEXICAN STATES

**Article 27(¶ 4).** In the Nation is vested the direct ownership of all natural resources of the continental shelf and the submarine shelf of the islands; of all minerals or substances, which in veins, ledges, masses or ore pockets, form deposits of a nature distinct from the components of the earth itself, such as the minerals from which industrial metals and metalloids are extracted; deposits of precious stones, rock-salt and the deposits of salt formed by sea water; products derived from the decomposition of rocks, when subterranean works are required for their extraction; mineral or organic deposits of materials susceptible of utilization as fertilizers; solid mineral fuels; petroleum and all solid, liquid, and gaseous hydrocarbons; and the space above the national territory to the extent and within the terms fixed by international law.

**Article 73.** The Congress has the power: ... XVII. To enact laws concerning general means of communication and concerning post offices and mail; to issue laws concerning the use and exploitation of waters under federal jurisdiction; ... XXX. To enact all laws that may be necessary to effectuate the foregoing powers, and all others granted by this Constitution to the branches of the Union.

**Article 104(I).** Federal courts have jurisdiction over: I. all disputes of a civil or criminal nature involving the compliance with and application of federal laws or of international treaties entered into by Mexico. When said disputes only affect private interests, judges and tribunals of the states and Federal District also can adjudicate them, at the election of the plaintiff. ...



EXHIBIT 3

# FEDERAL CIVIL CODE

**Article 1.** The provisions of this Code shall govern throughout the Republic in matters of a federal nature.

**Article 12.** Mexican laws apply to all persons within the Republic, as well as to acts and events which take place within its territory or under its jurisdiction, including those persons who submit themselves thereto, unless the law provides for the application of a foreign law, or it is otherwise provided by treaties or conventions to which Mexico is a signatory party.

**Article 1830.** An illicit act is one that is contrary to laws of public order or good customs.

**Article 1910.** Whoever, by acting illicitly or against the good customs and habits, causes damage to another shall be obligated to compensate him, unless he can prove that the damage was caused as a result of the fault or inexcusable negligence of the victim.

**Article 1915.** Compensation for damages shall, at the election of the injured party, consist of either the restoration of the prior situation, when that is possible, or of the payment of damages.

If injury is caused to individuals and results in death, total permanent disability, partial permanent disability, total temporary disability or partial temporary disability, the amount of compensation shall be determined in accordance with the provisions of the Federal Labor Law. In order to calculate the corresponding indemnification, quadruple the highest minimum daily wage in effect in the region shall be taken as the base, and shall extend for the number of days provided for each disability set forth in the Federal Labor Law. In the event of death, the indemnification is owed to the heirs of the injured party.

If the injured party was a wage-earner, the compensation is non-transferable and shall preferably be paid in one lump sum, absent a different agreement between the parties.

The prior provisions shall be observed in the case of Article 2647 of this Code.

**Article 1916.** By moral damages is understood the detrimental impact sustained by a person in his feelings, affections, beliefs, appearances, honor, reputation, private life, physical integrity, and physical aspect, or in the consideration that others have of him. It shall be presumed that moral damages have been sustained when the freedom or the physical or physical integrity of a person has been unlawfully injured or impaired.

When, as a result of unlawful acts or omission, a moral damage is produced, the person responsible therefore is obligated to repair it by way of an indemnification in money, independently of whether material damage was caused, in either contractual or extracontractual liability. A person answerable for strict liability under Article 1913, as well as the State and its officials under Articles 1927 and 1928 of this Code, shall likewise be liable for reparation of moral damages.

The action of reparation is not transferable to third parties by inter vivos act, and only passes to the heirs of the victim when the latter has initiated the action during his lifetime.

The amount of the indemnification shall be determined by the court, taking into account the rights that have been injured, the degree of liability, the economic situation of the liable party and the victim, as well as other circumstances in the case.

When the moral damage has affected the victim in his dignity, honor, reputation, or consideration, the court shall order, at his request and at the expense of the liable party, the publication of an extract of the judgment, accurately reflecting the nature and extent of the same, through the media that it deems appropriate. In cases where the damage results from an act that had been broadcast in the media, the court shall order that the judgment extract be published to the same extent as the original broadcast. [*pre-April 14, 2007 version*]

**Article 1916-Bis.** There shall be no liability for the commission of a non-physical injury if it is done in the exercise of the free expression of opinion, critique and reporting, subject to the limitations imposed by Articles 6 and 7 of the Federal Constitution.

In any event, whoever claims damages for non-physical injury to the person resulting from contractual or ex-contractu relationships must submit convincing proof of the illicit nature of the defendant's conduct and its direct causal relationship to the damage suffered by the plaintiff. [*pre-April 14, 2007 version*]

**Article 1934.** A cause of action for damages resulting from any of the acts referred to in this Chapter shall be barred after two years from the date that the damage occurred.

**Article 2110.** Damages and losses must be a direct and immediate consequence of the failure to comply with the obligation, whether they have already occurred or will necessarily occur.

## LAW OF CIVIL AVIATION

**Article 1.** The present Law is of public order and has as its object the regulation of the exploitation, use or improvement of airspace within the national territory, with respect to the provision and development of civil and governmental air transportation services.

The airspace within the national territory is a general means of communication subject to the dominion of the Nation.

**Article 2.** For purposes of this Law, shall be understood by: I. Aircraft: any vehicle capable of autonomous transit in airspace with persons, cargo or mail; ... VI. Certificate of Registration: the document that identifies and determines the nationality of the aircraft; ... IX. Secretary: the Secretary of Transportation; ...

**Article 3.** The operation, use or exploitation of the air space located above the national territory is subject to federal jurisdiction.

The federal courts shall be responsible for addressing disputes that arise pursuant to application of this Law, without prejudice to the fact that disputes arising between private parties are submitted for arbitration in accordance with applicable provisions.

Events occurring and acts committed on board civil aircraft with Mexican registration shall be subject to Mexican law and to the Mexican authorities; and those occurring or performed on board foreign civil aircraft during their flights within the national air space shall be governed by the laws and authorities of the State in which the aircraft is registered, without prejudice to treaty provisions. If a crime is committed on board an aircraft, it shall be subject to the provisions of the Penal Code for the Federal District in Ordinary Matters and for the Entire Republic in Federal Matters.

The provisions of the Civil Code for the Federal District in Ordinary Matters and for the Entire Republic in Federal Matters concerning births and deaths on board a Mexican-flagged vessel shall apply to civil air navigation.

**Article 4.** Civil navigation in the air space above the national territory is governed by this Law's provisions, by treaties and, in the absence of express provisions, the following shall apply:
I.      The Law on General Communication Routes;
II.     The General Law on National Assets;
III.    The Federal Law of Administrative Procedure, and
IV.     The Commercial Code; Civil Code for the Federal District in Ordinary Matters and for the Entire Republic in Federal Matters; Code of Federal Civil Procedure.

**Article 5.** Mexican aircraft are classified as: I. Civil ... II. Governmental, which are: a) Aircraft that are the property of or used by the federal government distinct from military aircraft; aircraft of the state and municipal governments, and aircraft of parastatal entities, and b) Military aircraft, which are those assigned to or in the possession of the National Army, Navy and Air

Force.

**Article 6.** The Secretary shall have the following powers regarding civil aviation and airports, without prejudice to those powers granted to other agencies of the federal public administration:

...

II. To grant concessions and permits, to verify their compliance and to decide, as applicable, their modification or termination;

...

VI. To issue certificates of registration, of airworthiness and for air service operators and, as applicable, to decree their suspension, cancellation, revalidation or revocation, as well as to keep the Mexican Aeronautical Registry;

...

X. To issue and, as applicable, revalidate or cancel the licenses of aeronautical technical personnel; .... [*pre-July 6, 2006 version*]

**Article 15.** Concessions or permits can be revoked due to: ... II. Failure to keep current the insurance referred to in this Law; ... XV. Noncompliance with the obligations to pay indemnity for damages originating from the provision of services; ....

**Article 31(¶ 1).** No permit is required for the operation of Governmental aircraft; they shall conform to the issuance of the corresponding certificates of registration and airworthiness, and shall account for the policy of insurance.

**Article 38.** Aeronautical technical personnel consist of the flight personnel that are directly involved in operating the aircraft, as well as ground personnel, whose functions are specified in the corresponding regulation. In addition to being Mexican by birth and to not having acquired another nationality, said personnel must hold the respective licenses, which shall be granted subsequent to the presentation of evidence concerning capacity, physical aptitude, examinations, experience and expertise, among others.

In the case of private, non-commercial aviation, foreign and Mexican pilots can validate and obtain the private pilot's license after they have complied with the provisions expressed in the corresponding regulation.

**Article 40(¶ 1).** All aircraft shall have a commander or pilot in command, who shall be the highest authority on board and responsible for its operation and direction and to maintain order and the safety of the aircraft, of the crew members, passengers, luggage, cargo and mail. ....

**Article 44.** All civil aircraft shall have distinctive markings of their nationality and registration. Mexican aircraft in addition shall display the national flag.

Markings of nationality for Mexican civil aircraft shall be the following: XA for aircraft of public air transportation service; XB for private service aircraft, and XC for Governmental aircraft, distinct from military aircraft.

**Article 61.** Domestic air transport concessionaires or permit holders shall be liable for damages caused to passengers, cargo and equipment during transport.

In the case of passengers, it shall be understood that damages incurred during transport are those that occur from the moment the passenger boards the aircraft until such time as he disembarks from the same.

...

**Article 62.** For damages to passengers, the right to recover indemnification is subject to the provisions of Article 1915 of the Civil Code for the Federal District in Ordinary Matters and for the Entire Republic in Federal Matters, except that the amount shall be triple that provided for in said Article. The priority of payment of damages shall be as provided for in Article 501 of the Federal Labor Law.

...

**Article 66(¶ 3).** In the cases of injury to persons, actions to require the payment of damages shall prescribe within a period of one year following the date on which the events giving rise to the damages occurred or, if not, following the date on which the transport contract called for the trip to begin.

**Article 67.** Concessionaires or permit holders providing air transport service to the public shall be exempt from liability for damages caused, in the following cases:
I. To passengers, in the case of the victim's fault or inexcusable negligence, and
II. To invoiced equipment and cargo:
   a) Due to defects inherent in the goods or products, or due to inadequate packing;
   b) When the cargo, due to its own nature, suffers total or partial deterioration or damage, on condition that the established delivery time has been complied with;
   c) When the goods are transported in unsuitable vehicles, at the forwarder's request, whereas, due to their nature, they should have been transported in vehicles with other characteristics, and
   d) When the declarations or instructions issued by the good's shipper, consignee or addressee, or by the person listed on the transport documents, are false with respect to cargo handling.

**Article 68.** Damages suffered by persons or cargo transported aboard aircraft intended for private commercial air transport service shall be subject to the provisions of the Civil Code for the Federal District in Ordinary Matters and for the Entire Republic in Federal Matters.

**Article 69.** Any clause that is inserted into transport contracts with the object of establishing limits of liability lower than those provided in Articles 62 and 63, above, or which establish causes for release of liability that are different than those provided in Article 67, above, shall be null and void as a matter of law. Said clauses' nullity shall not nullify the transport contract.

**Article 74.** Concessionaires or permit holders and, in the case of private non-commercial air transport service, owners or possessors of aircraft flying in Mexican air space, must contract and

maintain in force insurance that covers liabilities for damages to passengers, cargo, invoiced equipment or third parties operating the aircraft.

Departmental approval of the insurance contract shall be an indispensable requirement for an aircraft to begin operations. In the case of foreign private aircraft, such accreditation must be granted at the first international airport at which a landing is made.

Insurance covering international air transport must comply with treaty provisions.

**Article 81.** The Secretary is charged with the investigation of accidents or incidents that are suffered by civil aircraft. Once the investigation has been concluded, having been conducted in the presence of the interested parties, the Ministry shall determine their probable cause and, as applicable, shall impose sanctions. If appropriate, it shall inform the competent authority regarding the facts.

# FEDERAL LABOR LAW

**Article 500.** If the risk results in the worker's death, the compensation shall consist of:
I. Two months' wage for funeral expenses; and
II. Payment of the amount specified in article 502.

**Article 501.** The following persons shall have the right to receive compensation in cases of death:
I. The widow, or the widower who has been economically dependent on his working wife and has a disability of 50% or more; minor children under the age of 16; and children over 15 who have a disability of 50% or more;
II. Ascendants shall share with the persons mentioned in the preceding section, unless it is established that they were not economically dependent on the worker; ....

**Article 502.** In the event of the worker's death, the persons mentioned in the preceding article shall receive an indemnity in an amount equal to 730 days of wages, without deduction of the indemnity received by the worker while on temporary disability.

# FEDERAL CONSUMER PROTECTION LAW

**Article 82.** -- The consumer may opt to request restitution of the good or service, rescission of the contract or reduction in price, and in any case, discount or compensation, when the thing or object of the contract has defects or hidden defects that render it unsuitable for its ordinary uses, that diminish its quality or possibility of use, or that do not permit the safety normally expected by its nature or from its reasonable use. When the consumer opts for rescission, the supplier has the obligation to return the price paid and, in that event, the interest referred to in the second paragraph of Article 91 of this law.

The discount or compensation to which the foregoing paragraph refers shall be determined in accordance with the provisions of Article 92 TER of this law.

The foregoing is without prejudice to the indemnification which in that event corresponds to damages and losses.

**Article 91.** – Payments made in excess of the maximum price determined or, in the event, stipulated, are recoverable by the consumer. If the supplier does not return the amount charged in excess within a period of five working days following the claim in addition to the corresponding penalty, he shall be obligated to pay the maximum interest to which this article refers. An action to seek this return prescribes one year after the date of the payment.

Interest shall be calculated based on the average percentage cost of captation determined by the Bank of Mexico, or whatever other rate substitutes officially as an indicator of the cost of financial resources.

**Article 92.** – Consumers have the right, at their election, to the replacement of the product or to the return of the amount paid, upon the handing over of the product acquired, and in any event, to a discount or compensation, in the following cases: I. When the net content of a product or the amount delivered is less than indicated in the packing, container, package or when measuring instruments are used that do not comply with applicable provisions, considering the tolerance limits normally permitted; II. If the good does not correspond to the quality, brand, or specifications and other substantive elements under which it was offered or does not comply with official Mexican norms; III. If the good as repaired does not remain in an adequate condition for its use or purpose, within the period of warranty, and IV. In the other cases envisioned by this law.

In cases of apparatuses, units and goods that by their character involve technical knowledge, they shall be by trial of experts or verification in duly accredited laboratories. ...

**Article 92 bis.** – Consumers shall have the right to a discount or compensation when the provision of a service is deficient, the service is not provided or provided in part for reasons attributable to the supplier, or in other cases envisioned by law.

**Article 92 ter.** – The discount or compensation to which Articles 92 and 92 bis refer cannot be less than twenty percent of the price paid. Payment of said discount or compensation shall be effectuated without prejudice to the indemnification for damages and losses.

In determining the payment of damages and losses, the judge shall consider the payment of the discount or compensation which has been made by the supplier. …

**Article 93.** – The claim referred to in Article 92 can be presented equally to the seller, manufacturer or importer, at the election of the consumer, within two months following the date on which the product was received, so long as the product was not altered by the fault of the consumer.

The supplier shall satisfy the claim in a period not to exceed fifteen days from said claim. The seller, manufacturer or importer can refuse to satisfy the claim if it is untimely, if the product has been used in conditions other than as recommended or appropriate to its nature or purpose or it has suffered essential, irreparable and serious deterioration for reasons attributable to the consumer.

## ORGANIC LAW OF THE FEDERAL JUDICIAL POWER

**Article 53.**  Federal civil district court judges have jurisdiction over: I. civil disputes involving the compliance with and application of federal laws or of international treaties entered into by Mexico.  When said disputes only affect private interests, judges and tribunals of the states and Federal District also can adjudicate them, at the election of the plaintiff; ...

## FEDERAL CODE OF CIVIL PROCEDURE

**Article 23.** Territorial jurisdiction can be extended by express or tacit mutual consent of the parties. There is a tacit extension: I. on the part of the plaintiff, by the act of resorting to the court, filing its complaint; II. on the part of the defendant, by answering the complaint and by opposing the plaintiff; and III. on the part of any interested person, by withdrawing from a jurisdiction.

**Article 24.** A court has jurisdiction by reason of territory: I. of the place which the defendant fixed to be judicially required to comply with its obligation; II. of the place agreed to for compliance with the obligation; ... IV. the domicile of the defendant, with respect to actions concerning personal property or personal actions or civil status; ... VIII. as to actions of voluntary jurisdiction, save for disposition contrary to the law, a judge of the domicile of he who initiates the action; ....

**Article 79.** To determine the truth, the judge can make use of any person, be he a party or third party, and of any thing or document, whether it pertains to the parties or a third party, without limitations other than those by which evidence is recognized by the law and so long as they have an immediate relation to the disputed facts.

The courts do not have time limits within which to order the production of evidence adjudged to be indispensable to form their convictions with respect to the subject matter of the litigation. Nor are they bound by the limitations and prohibitions, in the matter of evidence, established in relation to the parties.

**Article 90.** Third parties are obligated, at all times, to aid the courts, in investigations of truth. They shall, without delay, provide documents and things that they have within their authority, when it is required to aid the court.

Courts have the power and obligation to compel third parties, by the most efficacious method of court order, to comply with this obligation; but, in the case of opposition, the courts shall hear the reasons upon which the opposition is founded, and shall resolve the matter without further recourse.

Ascendant relatives, descendent relatives, spouses and persons who must protect trade secrets are exempt from the mentioned obligation, in those cases in which they are called upon to provide proof against the party with whom they are related.

**Article 135.** Documents existent in a place distinct from that in which the transaction occurred, shall be compelled by means of dispatch or request that the court in which the action is pending directs to the judge of the respective district, or, in its default, to the place in which the documents are found.

**Article 165.** All who have knowledge of the facts that the parties are required to prove, are obligated to testify.

**Article 167.**   Witnesses shall be cited to testify when a party that offers their testimony demonstrates that it cannot, by itself, present them.  The citation shall warn of court action if the witness fails to testify without just cause.

Those who, having been notified, fail to testify shall be compelled to do so by the court.

**Article 169.**   Public officials or those who have been public officials, are not obligated to testify at the request of the parties with respect to a matter that the public officials know or came to know by virtue of performing their functions.  Such witnesses can be called to testify only when the court deems it indispensable to the investigation of the truth.